99cr1104SJ

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ SEP 19 2016 ★
BROOKLYN OFFICE

Dear sir

I am writing to you in hope of obtaining some legal assistance or advice. I have been incarcerated for more than 16½ years. My situation is as follows, I have an opportunity to file a 2255 successive petition on the grounds pertaining to the Johnson case. Unfortunately as I was looking through my trial transcripts, I've come to notice that they are not complete. I have the following pages. I have (page #1)-(sheet #1) to (page #164)-(sheet #41) there is also a number (1043) in the corner of (page #164)-(sheet #41). I am writing to obtain the remaining trial transcripts along with my sentencing minutes. I would really appreciate your help with this matter, on letting me know how many pages are left to the trial transcripts and sentencing minutes and how much it will cost me to obtain these documents.

Sincerely,

George Viruet
#01193-748

George Viruet 01193-748
Federal Correctional Institution Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

Mailed from
Federal Correctional Institution
Schuylkill, PA

TO ⇨01193-748⇦
District Court
225 Cadman Pl E. Rm#118-S
Brooklyn, NY 11201-1818
United States

11201-181809



HARRISBURG PA 171
16 SEP 2016 PM 2 L