To: whom it may concern.          1-2-17
                        99cr 1104 SS

I am writing in Hopes of obtaining the
rest of my trial transcripts that I
never received. I have a chance to
file an appeal But to do so I need
the remainder of those trial minutes.
the court reporter's Name is F. Guerino,
and the dates of the trial minutes/
transcripts fall on and Between
Feb. 5, 6, 7, 8, 9, and 10th of 2001.
I received a letter from this office
on Sept. 27, 2016 letting me Know to
circle the dates on the docket sheet
that was sent to me. so I may obtain
these transcripts. I understand
that there is a cost of $.50 per page.
I am not sure if I have the full
amount Because I am not sure how
much the transcripts are going to
cost. I would really appreciate Your
help if you can let me Know the cost
and How I may send the money to the
courts.

                    Sincerely
                George Viruet
                #01193-748.

FILED
IN CLERKS OFFICE
US DISTRICT COURT E.D.N.Y.
★ JAN 06 2017 ★
BROOKLYN OFFICE

FILED
IN CLERKS OFFICE
US DISTRICT COURT E.D.N.Y.
★ JAN 06 2017 ★
BROOKLYN OFFICE

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

JAN 06 2017

BROOKLYN OFFICE

George Verret 01193-748

Federal Correctional Institution Schuylkill
P.O. Box 759
Minersville,  PA 17954-0759

Mailed from
Federal Correctional Institution
Schuylkill, PA

USA FOREVER

03 JAN 2017  PM 2 1

TO    ⇔01193-748⇔
      United States D-C-E-D-N-Y
      Pro-Se-Office
      225 Cadman PLZ E
      Brooklyn, NY 11201
      United States

i120131832