UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
United States Of America
                        Petitioner,

                                                            ORDER TO SHOW CAUSE
      - against -                                     99 CR 1104 **(SJ)**

**GEORGE VIROUET**
                        Respondent.
----------------------------------------------------------------X
        JOHNSON, D.J.

        Upon the petition pursuant to 28 U.S.C. § 2255 of the Federal Criminal Rules and Procedure, filed on 4/14/2020 a copy of which is attached, it is ORDERED that:

(1) Petitioner is granted leave to proceed *in forma pauperis*;

(2) The United States Attorney, as attorney for respondent, is directed to show cause before this Court why said motion pursuant to 28 U.S.C. § 2255 of the Federal Criminal Rules and Procedure should not be granted by the filing of a return to the petition;

(3) Within twenty (20) days of receipt of this order, the United States Attorney shall serve a copy his return on the petitioner herein and shall file the original thereof, with proof of such service, with Clerk of this Court;

(4) Petitioner, within twenty (20) days of the date of receipt by him of a copy of the return of the United States Attorney, shall file his reply, if any, with proof of service, with Clerk of is Court;

(5) Service of a copy of this Order shall be made by the Clerk of this Court by forwarding a copy hereof, together with a copy of the petition and all subsequent materials filed by the petitioner, to the United States Attorney, and by mailing a copy of this Order to the petitioner;

                                         /s/
                              STERLING JOHNSON, JR., U.S.D.J.

DATED:    Brooklyn, New York
                April 15, 2020