UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                                 99-CR-1104 (SJ)

GEORGE VIRUET,

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE that Assistant United States Attorney Anna L. Karamigios from this point forward will be added as counsel in the above-captioned matter.

       All future correspondence to the United States in the above-captioned matter should be sent to:

       Assistant U.S. Attorney Anna L. Karamigios
       United States Attorney's Office (Criminal Division)
       271 Cadman Plaza East
       Tel:  (718) 254-6225
       Fax:  (718) 254-6481
       Email: Anna.Karamigios@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Anna L. Karamigios at the email address set forth above.

Dated: Brooklyn, New York
April 22, 2020

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By: /s/Anna L. Karamigios
Anna L. Karamigios
Assistant U.S. Attorney

cc: Clerk of the Court (SJ)