FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 06 2020 ★
BROOKLYN OFFICE

To: the clerk of U.S.D.C.

6-29-20

Let me start By saying, that I Hope and pray that upon receiving this letter, it finds you and your loved one's in the Best of health & spirits.

My name is George Vervet #01193-748.

I am an inmate that is Being housed at the federal correctional institution coleman-medium in florida. I am writing due to a copy of a legal letter I received on may 18 from a Ms. Anna L. Karamigios from the A.U.S.A. office. I am not sure what to make out of this letter, Because in this letter the government is agreeing with my 2255 successive petition for a writ of hebeas corpus. In the letter, they are talking about Vacating these two Convictions 924(c) & 924(J) that gave me a sentence of life on counts 2 & 4 and 120 months on counts 9 & 3. If they Vacate these Convictions, does this mean my life sentence would Be re-moved. I am trying to keep calm, Because I have Been incarcerated for the past 20 years.

if I am about to Be released or returned Back to court, I would like to Know. I have not seen my family (mother) in 19-years and I would really like to Be able to prepare her for whatever news that letter is referring to. I also wanted to ask if that letter was sent to my judge and what does it really mean Because I really don't Know that much about the law. I hope you can help me understand what this letter is telling me.

I thank you for taking the time, to read this letter. please pass on my Hopes & prayer's to the judge and other court employee's.

Sincerly

George Vinret.

George Vault #011937V8
Pinellas Correctional Institution
P.O. Box 1032
Clearwater, Fla 33521

To: the U.S.D.C. Clerk of E.D.N.Y.
225 Cadman Plaza East
Brooklyn N.Y. 11201

TAMPA FL 335
SAINT PETERSBURG FL
30 JUN 2020 PM 9 L

11201-183259