To: The Clerk of
The U.S. District Court
For the E.D.N.Y.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 10 2020 ★
BROOKLYN OFFICE

RECEIVED 12-1-20
DEC 10 2020
PRO SE OFFICE

My name is George Viruet #01193-748. I am an inmate who is being housed at the F.C.C. U.S.P. Pollock. P.O. Box 2099 Pollock, LA 71467 "my new address". I am writing pertaining to a letter I received from the United States court of appeals for the second circuit, on 5-9-20. The letter is dated 4-14-20, letting me know that my 2255 successive motion was granted and transferred back to the district court pertaining to my 924(c) and 924(j)'s gun charges. I then received a copy of a letter that was sent to the Honorable Sterling Johnson of the United States district court of the E.D.N.Y. from the United States attorney's office of the E.D.N.Y. stating that the following counts "924(c) & 924(j)'s" must be vacated due to United States v. Davis!

I have not been able to call, due to me being transferred from one institution to another institution.

I have written twice trying to find out the status of my appeal but have not heard back. I am still unable to call due to the institution being on a quarantine lock down due to the COVID19. My main goal in writing to the court is to find out the status of my appeal and when will it be on the docket sheet so it may be heard by the Honorable Sterling Johnson. I would really appreciate your help and time, where I have no idea when the institution will come off "Quarantine Lockdown due to the Covid-19 Pandemic.

Sincerely,

George Vernet
01193-748
Case: 1:99-cr-01104-SJ
Document 189 File 5-5-20
Page 1 of 15 PageID #130

George [illegible]
federal correctional institution
U.S.P. Pollock.
P.O. Box 2099
Pollock, LA 71467

SHREVEPORT LA 710
2 DEC 2020 PM 2 L

JSM

To: the clerk of the
United States district court
For the E.D.N.Y.
225 Cadman Plaza East
Brooklyn, N.Y. 11201

11201-183299