To: Whom it may concern        12-22-20

I hope & pray that upon receiving this message, it finds you and your family in the best of health & spirits.

I am sorry to say that I have no idea as to the function of the pro-se office! I am writing because I received an up to date criminal docket sheet for case #: (1:99-cr-01104-SJ-4) case title: USA v. Pimentel related case: 1:20-cv-01799-SJ

I am writing in hopes that someone can help me. I received a copy of a letter/brief from the A.U.S.A Anna L. Karamigios indicating that they agree with my 2255 successive petition for a writ of habeas corpus and that my 2 convictions under 924(c) & 924(j) must be vacated. I've written to the clerk of court seeking clarification to this letter that I received on May 18th from the A.U.S.A. I still have not received a response or clarification as to what this letter

Means. I am trying to find out if I will be mandated back to court and or when will my 2255 successive be put on the criminal docket sheet to appear in front of judge Sterling Johnson jr. I would really appreciate any help or advice you may give me.

Sincerely

George Venuet

George Venuet #01193-748
Feelelal Correctional Complex
U.S.P. Pollock
P.O. Box 2099
Pollock, LA 71467

SHREVEPORT LA 710
23 DEC 2020 PM 3 L

To: United States District Court For
The Eastern District of New York.
225 Cadman Plaza East
ATTN: Pro Se Office
Brooklyn, N.Y. 11201

11201-103299