To: Clerk of Court.

RE: U.S. - v. - George Viruet
Criminal Docket # 99-1104 (SJ)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 12 2021 ★
BROOKLYN OFFICE
10-3-21
Rev'd 10/12/21 SG

I am petitioner, George Viruet. I am writing to this court to enquire about a 2255 successive motion that was granted by the court of appeals (Back in April of 2020) and transferred Back to this District court pertaining to the (Johnson and Davis cases). I am enquiring about this motion Because on (May 5 of 2020) of last year, I received a copy of a letter Brief from the United-States Attorney's office that was sent to the Honorable Osterling Johnson to inform her, that the Respondent in said case agreed that my convictions on counts three (18 U.S.C § 924 (c)) and count four (18 U.S.C. § 924 (J)) should Be vacated Because those charges/convictions have Been invalidated By (U.S-V.-Davis) 139 S. CT. 2319 (2019). I would also like to inform this court that I have a paid attorney (Joseph D. Lento) from the Lento Law Group P.C. at 3000 atrium way suite 200 Mt. Laurel N.J. 08054. I am also requesting an up to date docket sheet pertaining to any and all motions that have Been filed with this court By my Legal counsel on my Behalf.

along with an up to date docket sheet of the status on my 2255 successive motion. I also ask this court to send me an application for a mandamus motion, so I may file to have my 2255 successive expedited to the next available court date on the Honorable Sterling Johnson's calendar.

Sincerely yours,
George Vinet

George Venuef #01193-748
Federal Correctional Complex
U.S. Pollock
P.O. Box # 2099
Pollock, LA 71467-4050

To: Clerk of Court
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

