10-3-21

To: Clerk
U.S. District Court
Eastern District of N.Y. (Brooklyn)

RE: USA v. VIRUET, CASE # 1:99-cr-01104-SJ-4

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 12 2021 ★
BROOKLYN OFFICE

Rec'd 10/5/21

Dear Clerk:

Please take notice that my family has hired an attorney to represent me in the above referenced matter. (See copy of contract attached) At this time I respectfully request to be informed of said attorney's Notice of Appearance on my behalf and any motions he has filed. I would like an up to date (Criminal Docket sheet) for my own personal records.

Thanking you in advance for your time and attention in this matter and for the courtesy of a prompt reply

Respectfully

By: _George Viruet_

GEORGE VIRUET

George Villet #01193-748
Federal Correctional Complex
U.S. P. Pollock
P.O. Box #2099
Pollock, LA 71467-4050

To: Clerk of Court
U.S. District Court
Easter District of New York.
225 Cadman Plaza East
Brooklyn, N.Y. 11201

