


**Lento Law Group, P.C.**
3000 Atrium Way - Suite 200
Mt. Laurel, New Jersey 08054
(856) 652-2000(T)
(856) 375-1010 (F)
Joseph D. Lento, Esquire
Member NY, NJ and PA Bar
jdlento@lentolawgroup.com

**Purpose of Representation**: Guadalupe Gonzalez (the "Client"), retains and employs Lento Law Group, P.C., (The "Attorney"), 3000 Atrium Way, Suite 200, Mt. Laurel, New Jersey 08054.

1. **Attorney's Fees**: In consideration of the services rendered by Lento Law Group, P.C., the Client agrees to pay the Attorney at the following with an initial **nonrefundable retainer amount of $10,000.00**:

    a. Hourly Fee: Client agrees to pay an hourly fee in minimum increments of .1 hrs. (6 minutes) per task performed for client, for Attorney's representation and for all actions associated with the above referenced matter. The hourly fee for services by Attorney and staff shall be as follows:

    | | |
    |---|---|
    | Joseph D. Lento, Esq. | - $450.00/Hr |
    | Senior Associate | - $450.00/Hr |
    | Associate | - $350.00/Hr |
    | Law Clerk/Paralegal | - $150.00/Hr |
    | Secretary/Support Staff | - $ 65.00/Hr |

    Attorney will periodically bill Client for work performed. All bills of Attorney shall be come payable upon invoice to client. Should Client fail to make payments as agreed, Client's signature on the copy of this Agreement shall constitute consent to allow Attorney cease and further services on behalf of Client and to withdraw as counsel of record in connection with any legal actions, if any, then pending in accordance with the applicable rules of the Court.

    b. Expenses: All expenses will be the responsibility of the client as outlined in section 5 below and will be billed to client as amounts come due. Payment of the expenses by the client will be due immediately.

2. **Legal Services**: Attorney will represent Client to the best of his ability in the matter but cannot guarantee that the matter will be resolved to client's satisfaction. Attorney shall keep Client fully informed as to the progress of client's case / matters. Attorney will send Client copies of all papers sent or received in connection with Client's case to client upon request, including correspondence, pleadings, and other court documents. Attorney will be available to Client by telephone or in person for consultation.

3. **Association**: The Attorney may, at the sole discretion of the Attorney, and with consent of the Client, associate any other attorney in the representation of the above matter of the client.

4. **Expenses**: When applicable, the expense of representing Client for various matters, including litigation, including court costs, expenses of investigation and costs of obtaining and presenting evidence are to be borne by the Client and advanced by the Client. The Client shall remain liable for the expenses advanced by Attorney.

5. **Termination**: This Agreement will continue in effect until the services to be performed under it have been completed or until either party cancels it. Should client fail to make payments as agreed, Attorney reserves the right to discontinue representation of client immediately.

6. **Appeals**: By representing you in this matter in no way requires the firm to appeal an undesirable decision of the Court. Should you wish to appeal a decision of a court you understand that a new fee agreement will be entered into. You understand that the firm reserves the right to discontinue representing you should you wish to appeal the Superior Court case

7. **Governing Law**: This Agreement shall be construed under and in accordance with the laws of the State of New York.

8. **Parties Bound**: This Agreement shall be binding on and inure to the benefit of the contracting parties and their respective heirs, executors, administrators, legal representatives, successors, and assigns where permitted by this Agreement.

9. **Legal Construction**: In the case any one or more of the provisions contained in this Agreement shall for any reason be held to be invalid, illegal, or unenforceable in any respect, the invalidity, illegality, or unenforceability shall not affect any other provision of it, and this Agreement shall be construed as if the invalid, illegal or unenforceable provision had never been contained in it.

10. **Prior Agreements Superseded**: This Agreement contains the entire agreement of the parties and supersedes any prior understanding whether written or oral as between the parties regarding its subject matter.

**Executed on the day and year first written below, with the intent to be legally bound.**

Dated: 5-5-2021

Client: Guadalupe Gonzalez

Dated: May y 5, 2021

Joseph D. Lento, Esquire
Lento Law Group, P.C.

Lento Law Group, P.C.
3000 Atrium Way - Suite 200
Mt. Laurel, NJ  08053 US
accounting@lentolawgroup.com
www.lentolawgroup.com



Lento Law Group

Distinction. Devotion. Diligence.

# INVOICE

**BILL TO**
Guadalupe Gonzalez
12911 Jamaica
Richmond, NY  11418

**INVOICE #** 1458
**DATE** 05/05/2021
**DUE DATE** 06/04/2021
**TERMS** Net 30

| DATE | ACTIVITY | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 05/05/2021 | Retainer Fee | Retainer Fee | 10,000.00 |
| | Retainer Fee | PAYMENT | 10,000.00 |
| | | BALANCE DUE | $0.00 |

PAID

**Payment confirmation: Invoice #1458 (Lento Law Group, P.C.)**

**QuickBooks Payments <quickbooks@notification.intuit.com>**
Wed 5/5/2021 5:21 PM
To: Lupe Gonzalez <lgonzalez@path2potential.org>



Manage payment



You paid $10000.00

to **Lento Law Group, P.C.** on 05/05/2021

## Payment details

| | |
|---|---:|
| Invoice no. | 1458 |
| Invoice amount | $10000.00 |
| Total amount | $10000.00 |
| Status | Paid |
| Payment method | Personal checking *****9821 |
| Authorization ID | AP93O0JZ |

Thank you,



Lento Law Group, P.C.
856-652-2000

Please don't reply to this email, if you need any help regarding this message, please contact the business directly

Security   |   Privacy statement   |   Terms of Service

© 2021 Intuit Inc., All rights reserved. Trademarks.
2800 E. Commerce Center Place, Tucson, AZ 85706

    



**LENTO LAW FIRM**

1500 WALNUT STREET, SUITE 500
PHILADELPHIA, PA 19102
- 888-535-3686
- Joseph@JosephLento.com
- JosephLento.com

Licensed in New Jersey, Pennsylvania, and New York

Lupe Gonzalez
129-11 Jamaica Avenue, Apt. 4C
Richmond Hills, NY 11418

RE:   CONSULTATION

Dear Lupe,

Pursuant to our prior communications, I have agreed to provide a consultation regarding the present concerns involving George Viruet.

Although the Lento Law Firm dos not wish to be overly formal in our relations with clients, we have found it helpful to confirm with clients, in writing, the nature and terms of our engagement. Accordingly, this letter sets forth the terms and scope of our engagement, our practices and policies, and other important terms of our engagement. The engagement and our work will begin when we begin working on this matter regardless of whether this letter is signed and returned.

Allow me to set forth our agreement as to the payment of the consultation fee. Respectfully, the consultation fee is $350.00. For your records, the consultation fee was paid in full via credit/debit card as authorized by you per our prior communications.

The purpose of the consultation is to initially review and assess the matter and help in making informed decisions moving forward. Per professional protocol and office policy, the consultation does not cover representation for the case itself. Specific to a client's circumstances and bearing in mind the nature of a consultation, I will provide the best overview possible regarding where the matter stands and prospective steps forward.

Per office policy, the standard considerations apply: the consultation fee allows the Lento Law Firm's representation for a given matter per the terms of the engagement, and by being engaged for a given matter, the Lento Law Firm is forgoing other available opportunities – accordingly in part, the consultation fee is earned upon receipt, is non-refundable and will not be reduced if the matter is disposed of in an alternative manner; the consultation fee will be deposited in the business operating account of the Lento Law Firm (or an applicable alternative as designated by the Lento Law Firm) and not the IOLTA account; a consultation will generally be limited to one hour, although the length of the consultation may be extended at the discretion of the Lento Law Firm; the specific terms of the consultation

will be determined at the discretion of the Lento Law Firm; unless an exception is made as determined by the Lento Law Firm, being engaged for the limited purpose of a consultation does not allow the Lento Law Firm's involvement with a court or other applicable parties and/or reviewing and/or endorsing written documentation intended for submission regarding a given matter; if extensive document review and/or other investigation into the matter outside the standard parameters is deemed necessary at the sole discretion of the Lento Law Firm, additional fees may be required to proceed further (said fees will not be incurred without such a potential consideration being brought to the attention of the client); the Lento Law Firm will determine appropriate steps forward, the terms of the consultation, when the consultation will be scheduled and will take place, and the conclusion of the consultation.

Respectfully, until the consultation is completed, the client and other concerned parties are expected to not discuss matters relating to this matter with anyone without obtaining my consent in advance.

I look forward to working together in an effort to resolve the concerns.

                                    Sincerely,

                                    /s/ Joseph D. Lento

                                  Joseph D. Lento, ESQUIRE

Dated: April 23, 2021


I have read and consent to this letter and I grant and give my informed consent regarding this matter.


_Guadalupe Gonzalez_          4/23/2021
Lupe Gonzalez                            Date