Case Number 1: 99-cr-01104-SJ



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
      Plaintiff-Respondent,

v,

GEORGE VIRUET,
      Defendant-Movant

RESPONSE TO GOVERNMENT'S LETTER-BRIEF
ECF. 189

    I, George Viruet filed a pro se motion under 28 U.S.C. § 2255. [ECF. 186]. The gist of my argument was: (1) that in light of United States v. Davis, 139 S.Ct. 2319 (2019), my convictions on Counts Three and Four should be vacated because those counts were predicated on a crime of violence that satifies only Section 924(c)(3)(B), which was invalidated by Davis; and (2) that a news paper article in 2001 constitutes "newly discovered evidence," [ECF. 189 at 1].

    In its letter-brief, the Government accurately states the facts concerning my claims. For the reasons mentioned, I agree with the Government's

position. First, the Court should vacate my convictions on Counts Three and Four of the Second Superseding Indictment; and secondly, deny my claim with respect to "newly discovered" evidence

## CONCLUSION

Based on the reasons above, the Court should Grant in part and Affirm in part my petition, in accordance to the Government's letter-brief. [ECF. 189].

Respectfully submitted,

George Viruet       Date: 11-11-21

George Viruet
R 01193-748
USP Pollock
P.O. Box 2099
Pollock, LA 71467

2

CERTIFICATE OF SERVICE

I certify that on ___11-11___, 2021 I mailed a copy of the attached Response to Government's Letter-Brief to:

Richard P. Donoghue
United States Attorney
U.S. Attorney's Office
271 Cadman Plaza East
Brooklyn, NY 11201


Executed on: ___November 11___, 2021

*George Viruet*
George Viruet
R01193-748
USP Pollock
P.O. Box 2099
Pollock, LA 71467

George Vernet 01113-198
federal Correctional Complex
U.S.P. Pollock.
P.O. Box - 2099
Pollock, LA  71467-4050

SHREVEPORT LA  710
15 NOV 2021 PM 1  L

USMS

To: United states district court
eastern district of new york.
225 Cadman plaza east
Brooklyn N.Y. 11201

1120181832 C030