date 3-29-2022

To: The Clerk of The U.S. District Court of The Eastern District of N.Y. (Brooklyn)

Civil Case #: 1:20-CV-01799-SJ

Case title: USA V. Pimentel et al

Related case: 1:20-CV-01799-SJ

Date Filed: Entered 4-14-2020

Assigned to: Hon. Judge Sterling Johnson, Jr.

RE: United States V. Viruet  case#: 1:20-CV-01799

I, Petitioner-Appellant George Viruet-Am writing This Court to Have The Following Civil-case #: 1:20-CV-01799-SJ un-sealed. This Petitioner would appricate The Contents of said civil-case put into transcripts and sent to me, so That I may address The Contents In A timely matter.

Sincerely,

George Viruet
01193-748

[Stamps: RECEIVED APR 04 2022 PRO SE OFFICE; FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. APR 04 2022 BROOKLYN OFFICE; SCANNED]

George Vaulet #01193-748
Federal Correctional Complex
U.S.P. Pollock
P.O. Box 2099
Pollock, LA 71467

SHREVEPORT LA 710
30 MAR 2022 PM 2 L

SMS

To: Clerk of U.S. District Court
Eastern District of New York.
225 Cadman Plaza East
Brooklyn, N.Y. 11201