To: the Honorable Sterling Johnson  6-29-20
U.S.D.C. Judge of E.D.N.Y.

With all due respect, allow me to start By saying, that I hope and pray that upon receiving this letter, it finds you and your loved one in the Best of Health & spirits!

My name is George Viruet #01193-748. I am an inmate who has Been incarcerated for the past 20 years that is Being housed at the Federal Correctional Institution Coleman-Medium in Florida.

I am respectfully writing due to a copy of a legal letter I received on May 18 from a Ms. Anna L. Karamigios from the A.U.S.A. office. I am not sure what to make of this letter, Because in this letter the government is agreeing with my 2255-successive petition for a writ of habeas corpus. In the letter they are talking about vacating these two convictions, that gave me a sentence of life on counts 2 & 4 and 120 months on counts 1 & 3. If they vacate these convictions does this mean my life sentence is to Be re-moved.

I am trying to stay calm, Because like I said Before, its Been 20 years of Being encarcerated and if I am about to be released or returned Back to court, I would like to know. I have not seen my family (Mother) in 19 years and I would really like to Be able to prepare her for what ever news this letter is referring to. I have stayed in touch with certain friends and family that have offered me a place to live along with a Job upon my release untill I am able to find a place of my own.

"I am truly sorry for Bothering you," your Honor "Sterling Johnson" during these hard times, But I needed to ask, what this letter really means, Because I really don't know that much about the law. I hope you can help me understand and give me some type of insight of what is going to happen with my case/motion.

I thank you "your Honor Sterling Johnson" for taking the time to read this letter. Please pass on my Hopes & prayers to the rest of your court employee's.

Sencerley! George Veriet