

George Venuet #01193-748
Federal Correctional Institution
P.O. Box 1032
Coleman, FLA 33521-1032
7007 1490 0001 6764 4534
CERTIFIED MAIL™
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
FOREVER / USA
To: The Honorable sterling johnson
U.S.D.C. judge of E.D.N.Y.
225 CADMAN plaza EAST
BROOKlyn N.Y. 11201
USMS

[illegible] C. COLEMAN
[illegible] ROOM
[illegible] E. 54TH TERR
[illegible] FLORIDA
[illegible]

THE [illegible] CLOSED LETTER WAS PROCESSED THROUGH S[illegible] MAILING. THE LETTER HAS [illegible] BEEN [illegible] ER OPENED OR INSPECTED. IF THE WRITER RAISES A QUESTION OR A PROBLEM OVER WHICH THIS [illegible] HAS JURISDICTION, YOU MAY WISH TO RETURN THE MAIL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSED CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESSEE.

7/2/20 [signature]
DATE MAIL ROOM STAFF