

(COVER LETTER)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 11 2022 ★
BROOKLYN OFFICE

RE: GEORGE A. VIRUET V. UNITED STATES OF AMERICA
    CRIMINAL CASE NO.: 1:99-cr-01104-SJ-4

Dear Court Clerk:

ENCLOSED FOR FILING IN THE ABOVE TITLED CASE,
PLEASE FIND THE FOLLOWING:

1. MOTION FOR A SENTENCE REDUCTION; AND
   CERTIFICATE OF SERVICE. THANK YOU.

SINCERELY,

George A. Viruet

GEORGE A. VIRUET
Reg. # 01193-748

(CL)

# TABLE OF CONTENTS

INTRODUCTION . . . . . . . . 2

FACTUAL Background . . . . . 3

DISCUSSION . . . . . . . 5

CIRCUMSTANCES . . . . . . 6

A. THE COURT has Jurisdiction To grant release For EXTraordinary and compelling reason's.

ARGUMENTS

1. Petitioner's [youTHFul-Age] aT Time oF oFFense .. 4

2. 924 (c) POST DAVIS . . . . . 7

3. THe Predicate oFFense . . . . 10

4. UNreliable Jury instruction and Verdict. . 12

5. Petitioner's earest Remorse . . . 15

6. SubsTantional Education & rehabilitation . . 17, 18
    PleasE see EXHibiT's 2-A, 2-B

7. Sentencing disparity . . . . . 21

B. THe relieF requesTed here is Consisted wiTH BoTH THe TexT of THe staTue and THe Comission's Policy statements

1. Congress did NoT limiT "EXTraordinary and compelling reason's" To a specific enumerated set of Circumstances.

2. THe U.S. Sentencing Commission has noT limited exTraordinary and compelling reason's "For Compassionate release To Medical, age, related, or Family" Circumstances.

3. EXTraordinary and compelling circumstances warrant a reduction in [VirueT's] sentence.

I.

C. THe Criteria For reAssessing THe lengTH oF
   Petitioner' [VirueT's] sentence weigh sTrongly
   In FAvor oF a sentence reducTion.

1. Petitioner is No longer a danger . . .     15
2. THe § 3553 [A] FAcTors weigh sTrongly
   In FAvor oF relieF . . . . . .     20

D. CHRONOLOGICaL DiscipliNary HisTory
   PLeAse see EXHibiT # 3
E  Medical HisTory- Please see EXHibiT's #4·A, 4,B

   Petitioner's NoTe . . . .     23
   Conclusion . . . . .     24

## TABLE oF AuTHORITIes

U.S.-V. Johnson 576, U.S. 591, 135 s. cT 2551, 192 L. 569 [2015]
U.S-v. Hill, 890 F. 3d 51,55  [2nd Cir 2018]
U.S-V. BarreTT, 937 F. 3d 126 [2nd Cir 2019]
U.S. V. Barrett II, 937, F. 3d 129
U.S.V. DAVIS, 139 S. cT 2319 [2019]
U.S. V. Brooker, 976 F. 3d 228, 237 [2nd Cir 2020]
U.S. V. Haynes 2020 U.S. DisT Lexis 71021 [e.d.N.y] 2020
U.S. V. Jones, 962 F. 3d 956 [7TH Cir 2020]
U.S.V. Chan, No 90-cr-1019 [RJD] S.d.N.y. [1-6-2022]
Graham v. Florida, 560 U.S. 48 176 L. ed 2nd 825 [2010]
Miller V. Alabama, 567 U.S. 460, 132 S. cT 2455, 183, L. Ed
                                        2nd 407 [2012]

II

Continue:

Case 1:99-cr-01104-LDH   Document 208   Filed 07/11/22   Page 4 of 71 PageID #: 257

## <u>Statues</u>

18 U.S.C. § 924 [C]
18 U.S.C § 3142 [G]
18 U.S.C § 3553 [A]
18 U.S.C § 3582

### <u>OTHer AuTHurities</u>
28 CFR § 571.61

Federal bureau of prison's program sTatemenT
No, 5050.50 CompAssionate releAse - reduction
in sentence: Procedures For ImplementaTion
oF 18 U.S.C § 3582 and 4205 [G]

THe ANSwer is [NO]: Too LiTtle ComPAssionate
releAse in U.S. Federal prison's, human rights
Watch [ Nov. 2012 ] https.//www.org is less
deFaulty- Files reporT s.rep No 18-225

<u>III</u>

GEORGE A. VIRUET
Reg.# 01193-748
USP-Pollock
P.O. Box 2099
Pollock, La 71467
PETITIONER PRO SE

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK.
BROOKLYN DIVISION

GEORGE ANTHONY VIRUET          CASE NO. : 1:99-CR-01104-SJ-4
     DEFENDANT,

V.

UNITED STATES OF AMERICA

MOTION TO REDUCE SENTENCE PURSUANT
TO 18 U.S.C. section 3582(c)(1)(A)(i)

1

NOW COMES, PETITIONER GEORGE ANTHONY VIRUET, (PETITIONER) (HEREINAFTER), PROCEEDING (PRO SE) RESPECTFULLY REQUESTING THIS HONORABLE COURT TO APPLY THE SUPREME COURTS' CONTROLLING DOCTRINE THAT GOVERNS PRO SE FILINGS BY INMATES IN HAINES V. KERNER, 404 U.S. 519, 520-521 (1972) HEREUNDER.

THIS INSTANT MOTION IS BEING SUBMITTED, RESPECTFULLY REQUESTING THIS COURT TO REDUCE MY SENTENCE BASED ON THE "EXTRAORDINARY AND COMPELLING CIRCUMSTANCES" AS ADAMANTLY DISCUSSED HEREIN. THIS REQUEST IS BEING SUBMITTED PURSUANT TO 18 U.S.C. Section 3582(c)(1)(A)(i).

# INTRODUCTION

ON JUNE 14, 2001, I WAS SENTENCED TO LIFE PLUS ONE HUNDRED AND TWENTY MONTHS FOR MY SENSELESS INVOLVEMENT IN A VARITY OF HORRENDOUS AND DOWN RIGHT, HORRIBLE ACTS OF VIOLENCE TOWARDS HUMAN LIFE, MY COMMUNITY, AND HUMANITY. See Viruet v. UNITED STATES, 2003 U.S. APP. LEXIS 20593 (OCT. 8, 2003).

MORE SPECIFICALLY, I WAS SENTENCED TO A TERM OF LIFE IMPRISONMENT ON COUNTS 1, 2 AND 4; CONSPIRACY TO MURDER AND MURDER UNDER 18 U.S.C.

2

section(s) 1959 (a)(5) AND 1959 (a)(1); Also MURDER UNDER 18 U.S.C. section 924 (j)(1). I WAS SENTENCED IN ADDITION TO THE CONCURRENT LIFE SENTENCES FOR COUNTS 1, 2 AND 4, TO A ONE HUNDRED AN TWENTY MONTH TERM OF IMPRISONMENT FOR COUNT 3, USE OF A FIREARM DURING AND IN RELATION TO CRIMES OF VIOLENCE (i.e., THE CONSPIRACY TO MURDER SANTIAGO AND THE MURDER OF SANTIAGO), IN VIOLATION OF 18 U.S.C. section(s) 924(c)(1) AND 2. see CRIMINAL DOCKET ("CD") (HEREINAFTER) CD#2.

COUNT 1, THE CONSPIRACY TO MURDER SANTIAGO USED IN THIS CASE TO PREDICATE COUNTS 3 AND 4, THE 924(c)(1) AND 924(j)(1) CONVICTIONS THAT PROVIDES THE MANDATORY TERM OF LIFE, SHALL SERVE AS THIS INSTANT REQUEST [ESSENTIAL ESSENSE] OF ITS ARGUMENT THAT WILL MORE THAN MEET THE "EXTRAORDINARY AND COMPELLING" REASONS AS OUTLINED UNDER 18 U.S.C. section 3582 (c)(1)(A)(i).

# FACTUAL BACKGROUND

BEGINNING WELL BEFORE THE YEAR OF 1994, HOWEVER, FOR THE PURPOSE OF EXPLAINING THE TRUE ORIGINS OF MY INVOLVMENT IN THIS INDICTMENT, I WAS FORMALIZED AS APART OF A VIOLENT GANG PURPOSEFULLY ORGANIZED BY VARIOUS CHAPTERS, INCLUDING

THE CHAPTER I BECAME A PART OF. AS A 21-year-old EASILY INFLUENCED, IMPRESSIONABLE YOUNG MAN, I ENGAGED IN MANY FORMS OF CRIMINALITY AND ACTS OF VIOLENCE THAT ULTIMATELY LEAD TO ME ABSENTMINDEDLY DRIVING TWO OF MY CO-CONSPIRATORS' ON JANUARY 9, 1995, TO COMMIT A VERY SENSELESS AN HORRIBLE MURDER OF A PERSON I'd ONCE CALLED A FRIEND AND BROTHER.

BECAUSE OF MY INVOLVMENT IN NOT ONLY THIS AFOREMENTIONED SENSELESS MURDER, BUT MY INVOLVMENT IN VARIOUS ACTS OF CRIMINALITY AS APART OF THIS GANG, I WAS INDICTED ON DECEMBER 7, 1999 AND ULTIMATELY CONVICTED AND SENTENCED PRINCIPALLY TO A MANDA·TORY TERM OF LIFE IN FEDERAL PRISON. I WAS INDICTED AT THE VERY YOUNG AGE OF 26 AND SENTENCED WHEN I WAS 28. NOW AT THE AGE OF 49, I'VE SERVED OVER 23 YEARS OF THIS SENTENCE. WITH A LIFE SENTENCE IMPOSED, I HAVE NO CURRENT RELEASE DATE.

ON DECEMBER 21, 2018, THE PRESIDENT OF THE UNITED STATES SIGNED THE FIRST STEP ACT OF 2018 INTO LAW. THE NEWLY ENACTED LAW AMENDED 18 U.S.C. Section 3582 (c)(1)(A) to GIVE THE SENTENCING JUDGE JURISDICTION TO CONSIDER A DEFENDANTS' MOTION FOR A SENTENCE REDUCTION BASED ON

4

"EXTRAORDINARY AND COMPELLING REASONS." THIS COURT NOW HAS JURISDICTION WHENEVER "THE DEFENDANT HAS FULLY EXHAUSTED ALL ADMINISTRATIVE REMEDIES," OR AFTER "THE LAPSE OF 30 DAYS FROM THE RECEIPT OF SUCH A REQUEST TO THE WARDEN OF THE DEFENDANTS' FACILITY, WHICHEVER IS EARLIER." See THE FIRST STEP ACT OF 2018, section 603(b), Pub. L. 115-391, 132 Stat. 5194, 5239 (Dec. 21, 2018); See Also UNITED STATES V. JONES, 17 F.4th 371, 374 n. 3 (2d Cir 2021) (QUOTING UNITED STATES V. BROOKER, 976 F. 3d 228, 235-37 (2d Cir. 2020). Please see EXHIBIT # 1

ON 9-2-, 2021 I SUBMITTED A WRITTEN REQUEST TO THE WARDEN OF USP-POLLOCK RESPECTFULLY REQUESTING THIS WARDEN TO SUBMIT A MOTION TO THIS COURT REQUESTING A SENTENCE REDUCTION UNDER 18 U.S.C. section 3582.(c)(1)(A)(i).

ON 9-17-, 2021, THE WARDEN DENIED MY REQUEST. see EXHIBIT #1. THEREFORE, I'VE EXHAUSTED THE ADMINISTRATIVE REMEDY REQUIREMENT.

## DISCUSSION

THIS COURT NOW HAS THE AUTHORITY TO REDUCE MY SENTENCE BASED ON THE "EXTRAORDINARY AND COMPELLING" CIRCUMSTANCES PRESENTED HEREIN.

5

FIRST, IT HAS JURISDICTION TO HEAR THIS MOTION BECAUSE I'VE EXHAUSTED THE ADMINISTRATIVE REMEDY PROCESS, SECOND, THE CHANGES TO 18 U.S.C. Section 3582 (c)(1)(A) MADE BY THE FIRST STEP ACT HAS VESTED THIS COURT WITH THE AUTHORITY TO DECIDE [WHEN] AND [WHAT] QUALIFYS AS "EXTRAORDINARY AND COMPELLING" REASONS THAT SHALL WARRANT A SENTENCE REDUCTION AND NOT ONLY THOSE CHANGES, BUT NEW SUPREME COURT RULINGS LIKE; JOHNSON V. UNITED STATES, 135 S.Ct. 2551 (2015) AND DAVIS V. UNITED STATES, 139 S. Ct. 2319 (2019), WHICH CHANGED THE CHARGING AND SENTENCING STRUCTURE OF HOW I WAS CHARGED AND SENTENCED 23 YEARS AGO; AND THIRD, MY INDIVIDUAL CIRCUMSTANCES I PRESENT HERE, ARE TRULY "EXTRAORDINARY" THAT WOULD "COMPEL" [A]NY CONSCIENTIOUS PERSON TO [RIGHT] THIS FUNDAMENTAL MISCARRIAGE OF JUSTICE.

## CIRCUMSTANCES PRESENTED

THE CIRCUMSTANCES HERE ARE THREE PRONGED. FIRST, THE NEW SUPREME COURT HOLDINGS OF DAVIS, INVALIDATES COUNT 1 CONVICTION, CONSPIRACY TO MURDER, 18 U.S.C. Section 1959 (a)(5), TO FORM THE BASIS FOR COUNTS 3 AND 4, THE 924 (c)(1) AND 924 (j)(1) CONVICTIONS, SECOND, BECAUSE OF THE IMPROPER

6

CHARGING INSTRUMENT, AND LATER, THE IMPROPER JURY INSTRUCTIONS, THE GENERAL VERDICT OF GUILTY AS TO ALL COUNTS OF THE INDICTMENT SHALL RENDER THE GUILTY VERDICT [INVALID] FOR DETERMINING WHAT PREDICATES THE JURY RESTED ITS' 924(c)(1) AND 924(J)(1) VERDICT ON; AND THIRD, THE SENTENCING DISPARITIES AMONG PETITIONER AND CO-DEFENDANTS SHOULD RISE TO THE LEVEL OF "EXTRAORDINARY AND COMPELLING" THAT CONGRESS EXPRESSLY MANDATES THAT SENTENCING COURTS SHOULD AVOID. See 18 U.S.C. Section 3553(a)(6).

## A. THE EXTRAORDINARY AND COMPELLING REASONS THAT TRULY WARRANTS A SENTENCE REDUCTION HERE

## 1. ARGUMENT

## a. 924(c) POST-DAVIS

IN THIS CASE, WHERE ALL DEFENDANTS WERE CHARGED AND INDICTED ON COUNT 1, CONSPIRACY TO MURDER; IN VIOLATION OF 18 U.S.C. Section 1959(a)(5), COUNT 2 CHARGED MURDER IN AID OF RACKETEERING; IN VIOLATION OF 18 U.S.C. section 1959(a)(1) AND (2); COUNT 3 CHARGED

THE USE OF A FIREARM DURING AND IN RELATION TO
CRIMES OF VIOLENCE (i.e., THE CONSPIRACY TO MURDER),
IN VIOLATION OF 18 U.S.C. section 924(c)(1) AND (2);
AND COUNT 4 CHARGED THE ACTUAL MURDER
THROUGH THE USE OF A FIREARM DURING A CRIME
OF VIOLENCE, IN VIOLATION OF 18 U.S.C. section 924(j)(1)
AND (2).

      AS RELEVANT HERE, section 924(c)
PROHIBITS THE USE OF A FIREARM "DURING AND IN
RELATION TO ANY CRIME OF VIOLENCE OR DRUG TRAFFICKING
CRIME ... FOR WHICH THE PERSON MAY BE PROSECUTED
IN A COURT OF THE UNITED STATES." Id. See 924(c)(1)(A).
"CRIME OF VIOLENCE" IS DEFINED UNDER THE STATUTE
IN TWO SUBPARTS— THE "FIRST KNOWN AS THE ELEMENTS
CLAUSE, AND THE SECOND, THE RESIDUAL CLAUSE." See
DAVIS, 139 S.Ct. at 2319.
      UNDER THE ELEMENTS CLAUSE, ALSO
KNOWN AS THE "FORCE CLAUSE", A CRIME OF VIOLENCE
IS A FELONY THAT "HAS AS AN ELEMENT THE USE,
ATTEMPTED USE, OR THREATENED USE OF PHYSICAL
FORCE AGAINST THE PERSON OR PROPERTY OF ANOTHER".
See 924(c)(3)(A). UNDER THE RESIDUAL CLAUSE, A
CRIME OF VIOLENCE IS A FELONY THAT "BY ITS NATURE,
INVOLVES A SUBSTANTIAL RISK THAT PHYSICAL FORCE
AGAINST THE PERSON OR PROPERTY OF ANOTHER MAY

BE USED IN THE COURSE OF COMMITTING THE OFFENSE."
Id. see 924(c)(3)(B). AS HAS BEEN EXTENSIVELY
RECOUNTED ELESWHERE, IN DAVIS THE SUPREME
COURT HELD THAT THE RESIDUAL CLAUSE OF 924(c)(3)(B)
[is] UNCONSTITUTIONALLY VAGUE. see DAVIS, 139 S. Ct.
2319, 2336 (2019); see Also UNITED STATES V. CAPERS,
20 F. 4th 105, 117 (2d Cir. 2021); UNITED STATES V.
HEYWARD, 3 F. 4th 75, 81 (2d. Cir. 2021) UNITED STATES
V. MARTINEZ, 991 F. 3d 347, 350 (2d. cir. 2021).

    THUS HERE, IN ORDER FOR THIS COURT to
SUSTAIN COUNT THREE AND FOUR, THE 924 OFFENSES,
THIS COURT MUST FIND THAT THE PREDICATE OFFENSE
IS A CRIME OF VIOLENCE UNDER THE ELEMENTS CLAUSE.

    AFTER DAVIS, THIS VERY CIRCUIT RULED
THAT "BECAUSE THE CRIME OF CONSPIRACY CAN BE
COMPLETED UPON MERE REACHING AN AGREEMENT,
THE CRIME CAN BE COMMITTED [WITHOUT] THE USE OF
FORCE AS REQUIRED UNDER THE ELEMENTS CLAUSE
UNDER 924(c)(3)(B)." See UNITED STATES V. BARRETT,
903 F. 3d 166, 178 (2d cir. 2018); VACATED, 139 S. Ct.
2774, 204 L. Ed. 2d 1154 (2019), AND ABROGATED BY
UNITED STATES V. DAVIS, 139 S. Ct. 2319, 204 L. Ed. 2d
757 (2019)

**b. THE PREDICATE OFFENSE**

HERE, FOR COUNT THREE, THE INDICTMENT READS
AS FOLLOWS:

## COUNT THREE

10. ON OR ABOUT JANUARY 9, 1995, WITHIN THE
EASTERN DISTRICT OF NEW YORK, THE DEFENDANTS
JOANNA PIMENTEL, ALSO KNOWN AS "La Madrina,"
GEORGE VIRUET AND JORGE APONTE, ALSO KNOWN
AS "Cano," TOGETHER WITH OTHERS, DID KNOWINGLY
AND INTENTIONALLY USE AND CARRY A FIREARM
DURING AND IN RELATION TO A CRIME OF VIOLENCE,
[TO WIT, THE CRIME CHARGED IN COUNT ONE.]
(TITLE 18, UNITED STATES CODE, SECTIONS 924(c)(1), 2 AND
3551 et seq.)

See SUPERSEDING INDICTMENT, CD #2. THIS
INDICTMENT MAKES CLEAR THAT PETITIONERS'
COUNT THREE, 924(c)(1) CONVICTION, IS IN FACT
PREDICATED ON THE COUNT ONE CONVICTION,
CONSPIRACY TO MURDER, 1959(a)(5). AND COUNT
FOUR, READS AS FOLLOWS:

10

## COUNT FOUR

11. ON OR ABOUT JANUARY 9, 1995, WITHIN THE EASTERN DISTRICT OF NEW YORK, THE DEFENDANTS JOANNA PIMENTEL, ALSO KNOWN AS "La Madrina", GEORGE VIRUET AND JORGE APONTE, ALSO KNOWN AS "Cano", TOGETHER WITH OTHERS, IN THE COURSE OF A VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 924(c), [to wit, the CRIME CHARGED IN COUNT THREE ...]

WITHOUT BELABORING THIS COURT, PETITIONERS' INDICTMENT STATES CLEARLY THAT THE 924(c)(1) CONVICTION, COUNT THREE IS PREDICATED ON COUNT ONE, THE CONSPIRACY TO COMMIT MURDER, 1959(a)(5); AND THE INDICTMENT ALSO CLEARLY STATES THAT COUNT Two THE ACTUAL MURDER, 1959(a)(1), is IN FACT, PREDICATED ON COUNT Four THE 924(j) CONVICTION. THEREFORE, IF DAVIS MAKES CONSPIRACY TO COMMIT MURDER, 1959(a)(5), NO LONGER A CRIME OF VIOLENCE, AS USED HERE, TO PREDICATE THE 924(c), COUNT THREE CONVICTION AND 924(j)(1) CONVICTION; THIS WOULD MOST CERTAINLY MEAN THAT PETITIONERS' COUNT THREE AND COUNT FOUR CONVICTIONS MUST BE VACATED.

## C. UNRELIABLE JURY INSTRUCTIONS AND VERDICT

DURING TRIAL, DEFENSE COUNSEL FOR DEFENDANTS REQUESTED THAT THE PROPOSED JURY INSTRUCTIONS BE AMENDED TO INCLUDE REFERENCES TO THE ELEMENTS OF THE CRIMES THAT THE GOVERNMENT WERE ALLEGING CONSTITUTED THE RACKETEERING ACTIVITIES AS THE COUNTS APPLIED TO EACH INDIVIDUAL. See Mid-Trial MOTION TO AMEND THE JURY INSTRUCTIONS. THIS REQUEST TO AMEND THE JURY INSTRUCTIONS WAS UNFORTUNATELY REJECTED AND DENIED BY THE TRIAL JUDGE. IN DOING SO, THE JURY SUBSEQUENTLY, RETURNED A GENERAL VERDICT OF GUILTY AS TO ALL COUNTS CHARGED WITHOUT SPECIFYING WHETHER THE CRIME OF VIOLENCE ON WHICH IT RELIED WAS THE CRIME CHARGED IN COUNT ONE, COUNT TWO, OR BOTH.

THEREFORE, WITHOUT PROPER JURY INSTRUCTIONS AND VERDICT FINDINGS, THIS COURT SHALL BE UNABLE TO DETERMINE WHETHER THE JURYS' GENERAL FINDING OF A CRIME OF VIOLENCE WAS PREDICATED ON THE VALID OR INVALID, CRIME OF VIOLENCE, OR BOTH.

THE SUPREME COURT HAS MADE CLEAR IN YATES V. UNITED STATES, 354 U.S. 298 (1957)

THAT A JURY VERDICT CONSTITUTES LEGAL ERROR WHEN A JURY, HAVING BEEN INSTRUCTED ON TWO DISJUNCTIVE THEORIES OF CULPABILITY, ONE VALID AND THE OTHER INVALID, RENDERS A GUILTY VERDICT IN CIRCUMSTANCES THAT MAKE IT IMPOSSIBLE TO TELL WHICH GROUND THEY SELECTED. See Also CAPERS, 20 F.4th at 126-28 (VACATING A DEFENDANTS' 924(c) CONVICTION BASED ON A YATES ERROR); UNITED STATES V. Agrawal, 726 F.3d 235, 250 (2d Cir. 2013).

HOWEVER, EVEN IF THE JURY WERE PROPERLY INSTRUCTED, THE FACTS AND TESTIMONIES OF THE DEFENDANTS THAT ACTUALLY PERPETRATED THE MURDER OF SANTIAGO (i.e., THE MURDER WHERE I DROVE DEFENDANTS TO CARRY OUT THE HORRIBLE ACT) THIS EVIDENCE CLEARLY ONLY SUPPORT THAT I "CONSPIRED WITH" OTHERS TO CAUSE THE UNFORTUNATE MURDER OF SANTIAGO - AND THAT I WAS NOT THE ACTUAL PERSON THAT COMMITTED THE MURDER OF SANTIAGO.

THEREFORE, EVEN WITH PROPER JURY INSTRUCTIONS, BASED ON THE EVIDENCE, THE JURY COULD ONLY CONCLUDE, AT MOST, CONVICT ME CLEARLY BASED ON COUNT I, CONSPIRACY to COMMIT MURDER, OF WHICH, WE NOW KNOW AFTER DAVIS, CANNOT BE USED TO FORM THE BASIS FOR 924(c)(1) AND 924(j)(1) OFFENSES.

13

WITH THE GOVERNMENT NOW CONCEDING TO THE FACT THAT PETITIONERS' **COUNT THREE** AND **FOUR**, THE 924(C)(1) AND 924(J)(1) CONVICTIONS' MUST BE VACATED IN LIGHT OF DAVIS, THIS COURT NOW HAS THE UNFETTER AUTHORITY TO FULLY CONSIDER HOLISTICALLY, [ALL] OF MY CIRCUMSTANCES, AND THESE CIRCUMSTANCES SHALL MORE THAN MEET THE "EXTRAORDINARY AND COMPELLING REASONS" AS OUTLINED UNDER 18 U.S.C. Section 3582 (c)(1)(A)(i).

## B. THE CRITERIA FOR REASSESSING THE LENGTH OF PETITIONERS' SENTENCE WEIGH STRONGLY IN FAVOR OF A SENTENCE REDUCTION

IN DETERMINING WHETHER PETITIONERS' SENTENCE SHOULD BE REDUCED, THE COURT MUST DECIDE, inter alia, WHETHER PETITIONER PRESENTS A DANGER TO THE SAFETY OF ANY OTHER PERSON OR TO THE COMMUNITY, AS PROVIDED IN 18 U.S.C. Section 3142 (9); see Also UNITED STATES SENTENCING GUIDELINE Section 1B1.13 (2). IF HE DOES NOT, THE COURT LOOKS TO THE FACTORS OUTLINED UNDER 18 U.S.C. Section 3553(a). AS EXPLAINED HEREIN AND BELOW, A TOTALITY OF THESE CIRCUMSTANCES TRULY WEIGH IN FAVOR OF A SENTENCE REDUCTION HERE.

14

## 1. PETITIONER IS NO LONGER A DANGER.

FIRST, BEFORE I BEGIN, I WANT TO TAKE A MOMENT TO SELF-REFLECT AND TRULY EXPRESS WHAT HAS, QUITE HONESTLY, BEEN APART OF MY DAILY THOUGHTS SINCE [THE DAY OF], JANUARY 9, 1995, WHEN I CHOSE TO ENTERTAIN EVIL, CHOOSING TO DRIVE MANUEL AND APONTE, TO COMMIT THE MOST EVILEST ACT AGAINST A LIVING BEING. FOR MY ACTIONS OF THAT DREADFUL DAY, I TRULY REGRET EVERY SINGLE MOMENT— EVEN REGRETTING THAT VERY SECOND I STATED "YES, I'll DRIVE."

FOR THIS SINFUL AND VILE ACT, I WANT TO TRULY EXPRESS TO THE FAMILY OF SANTIAGO AND EVEN TO THE FAMILIES OF ALL THOSE THAT WERE AFFECTED BY THE IMMORAL AND NEFARIOUS ACTS OF THE PEOPLE I CHOSE TO RUN WITH ALL THOSE YEARS AGO.

MY DEEPEST AND MOST SINCEREST APOLOGIES GOES OUT TO THEM EACH DAY. FOR I ASK GOD EACH AND EVERYDAY FOR FORGIVENESS FOR MY/OUR SINS, AND I ALSO PRAY THAT THOSE AFFECTED BY OUR VILE BEHAVIOR TO ALWAYS BE PROVIDED WITH SHELTER AND PROTECTED FROM ANY MORE EVIL THIS WORLD HAS TO OFFER.

15

WITH THAT BEING SAID, I WOULD LIKE FOR THIS COURT TO KNOW, I AM NOT THE IMMATURE 21-YEAR-OLD THAT I ONCE WAS 27 YEARS AGO. THROUGHOUT THIS INCARCERATION I'VE TRULY TAKEN THE TIME TO UNDERSTAND NOT ONLY THE "WHY" BUT FULLY UNDERSTAND THE REAL ROOT OF MY CHILDHOOD MISGUIDANCE ALL THOSE YEARS AGO.

I FOUND, BEGINNING AT THE AGE OF 15, I BEGUN TO SEEK OUT ACCEPTANCE FROM THOSE THAT WERE ACCEPTED AS "COOL" BY MY PEERS. "COOL" AT THAT AGE, IN THAT ENVIRONMENT MEANT BEING APART OF GANGS WITHIN THE NEIGHBORHOOD I LIVED AN TRAVELED THROUGH. JOINING THESE GANGS OR GANG, SMOKING MARIJUANA AND DRINKING ALCOHOL WERE SORT OF "RIGHTS OF PASSAGE," OR ACCEPTED AS THE NORM. THIS BEHAVIOR I NOW KNOW, WAS THE CATALYST THAT ULTIMATELY LEAD TO ME JOINING THE "NETAS ALLIANCE" BACK THEN; AN ALLIANCE I VEHEMENTLY RENOUNCE TILL THIS DAY!

Please see Exhibit → 1-A

UNDERSTANDING THE ORIGINS OF THE ERRORS OF MY WAYS HAS TRULY PROVIDED ME WITH A CLEAR UNDERSTANDING ABOUT HOW MISGUIDED TEENS, JUST AS I WAS, COULD END UP EITHER DEAD OR SPENDING THE REST OF THEIR LIVES IN PRISON.

THROUGHOUT THIS INCARCERATION, MY

.16

STRONGEST SUPPORTER, MY MOTHER, NORMA RIVERA, HAS ALWAYS CHALLENGED ME, PUSHING ME TO CHANGE MY LIFE FOR THE GREATER GOOD. UNFORTUNATELY, MY MOTHER PASSED AWAY LAST YEAR, ON MARCH 10, 2021. *MAY HER SWEET SOUL REST*

PROUDLY STATED, LONG BEFORE MY MOTHER'S PASSING, SHE WAS ALLOWED TO WITNESS HER CHILD TRANSFORM FROM THAT CHILD INTO A CARING RESPONSIBLE ADULT. 17 YEARS AGO, I MADE A PERSONAL COMMITMENT TO MYSELF TO PUSH MYSELF MENTALLY INTO TRULY SEEKING THE NECESSARY HELP THAT WOULD ASSIST ME TO FULLY UNDERSTAND THE ERRORS OF MY WAYS AND TO CORRECT THOSE EVIL WAYS, OR AT LEAST, ALWAYS STRIVE TO CORRECT THE WRONGS WITHIN ME.

WITH A FRESH LIFE SENTENCE, WHEREUPON ENTERING THE BUREAU OF PRISONS, WITH A MIND-SET THAT I WOULD ULTIMATELY DIE IN PRISON, I USED MY MOTHER'S CONSTANT ENCOURAGEMENTS TO ENROLL IN COURSES AND PROGRAMS THAT WOULD PROVIDE ME WITH THE MENTAL CLARITY I NEEDED. ALTHOUGH, I MUST ADMIT, I STRUGGLED WITH THESE COMMITMENTS AT TIMES, WHICH WOULD BE THE DIRECT RESULT OF MY DISCIPLINARY HISTORY THROUGHOUT THE PAST 23 YEARS.

HOWEVER, CONTINUING THIS QUEST FOR CHANGE I SEEKED, LEAD ME TO GOD. LEARNING LIFE LESSONS DAILY HAS ALLOWED ME TO TRULY UNDERSTAND THE IMPORTANCE OF PATIENCE [TO AND FOR OTHERS] WHILE TRULY PROVIDING ME WITH A SENSE OF PURPOSE IN MY LIFE.

I NOW CHERISH GOOD BONDS, RELATIONSHIPS AND FRIENDSHIPS OF THOSE I ENCOUNTER. I NO LONGER SEEK OUT ACCEPTANCE FROM THOSE THAT CHOOSE TO ENTERTAIN EVIL AND MALICE WITHIN THEIR HEARTS. IN 2014, I PROUDLY MET A GOAL I HAD SET FOR MYSELF WHEN I OBTAINED MY G.E.D. THIS EDUCATION HAS PROVIDED ME ADDITIONAL STRENGTH AND MORALE. WITH THE COMPLETION OF WELL OVER THOUSANDS OF HOURS OF EDUCATIONAL, SELF-HELP, PARENTING AND WELLNESS COURSES AND NOW WITH THE CURRENT ENROLLMENT IN THE BUREAU OF PRISONS CHALLENGE PROGRAM WHERE INMATES ARE PLACED IN A COMMUNITY BASE SETTING, CHALLENGING EACHOTHER TO CORRECT AND CHANGE THE ERROR OF OUR WAYS. ITS TRULY BECAUSE OF PROGRAMS LIKE THIS AND SELF-HELP CURRICULUM AS SUCH, THAT HAS ASSISTED ME WITH MY COMPLETE TRANSFORMATION.

SO, FACTS ARE, I TRULY BELIEVE THAT I'LL BE MORE OF AN ASSET TO MY COMMUNITY, RATHER THAN A DANGER. THIS IS FURTHER DEMONSTRATED IN

Please see
EXHIBIT
2. →

18

MY FUTURE PLANS IF I'M RELEASED. I WANT TO
IMMEDIATELY BEGIN WORKING WITH LOCAL COMMUNITY
AND GOVERNMENTAL AGENCIES WITHIN THE RICHMOND
Hill, NEW YORK AREA. THAT OFFER MENTORSHIP TO
THE YOUTH.

I FEEL, WITH MY EXPERIENCE, I COULD
OFFER MANY MISGUIDED CHILDREN, ALTERNATIVE
OPTIONS AND IDEAS TO LEADING BETTER LIVES
RATHER THAN CHOOSING GANGS, CRIME AND VIOLENCE.
ANOTHER ONE OF MY STRONGEST SUPPORTER, MY LIFE
PARTNER AN FRIEND, GUADALUPE. HER AND HER
MOTHER, SYLVIA, HAVE TRULY BEEN THERE FOR ME
THROUGHOUT THIS INCARCERATION AND TRANSFORMATION.
GUADALUPE'S CHILDREN, GABRIELLA AND JACOB
AS WELL AS MY BIOLOGICAL CHILDREN, JEREMY,
KIARA AND OSMAR HAVE ALSO BEEN STRONG SEMBLANCE
OF SUPPORT AND ALL ARE PATIENTLY AWAITING MY
RETURN.

IF I'M RELEASED TODAY, I PLAN TO
RESIDE WITH GUADALUPE IN RICHMOND Hill, NEW
YORK WHERE I'M OFFERED IMMEDIATE EMPLOYMENT
WORKING IN CONSTRUCTION AND MAINTENANCE. MORE
SPECIFICALLY, I'M OFFERED A FULL-TIME POSITION
WITH TRAINING FOR A QUALITY CARE MAINTENANCE
AND ROOFING COMPANY OWNED BY A FAMILY
FRIEND

19

THEREFORE, WITH THIS ROBUST RE-ENTRY PLAN AND MY STRONG FAMILY SUPPORT SYSTEM IN PLACE, THERE IS NO REASONS FOR THIS COURT TO BELIEVE THAT I WOULD PRESENT A DANGER TO MY COMMUNITY OR SOCIETY AS A WHOLE.

## C.  3553(a) SENTENCING FACTORS WEIGH STRONGLY IN FAVOR OF RELIEF HERE

LASTLY, THIS COURT MUST NEXT WEIGH THE FACTORS SET FORTH IN 18 U.S.C. section 3553(a) TO DETERMINE WHETHER PETITIONERS' MOTION FOR A SENTENCE REDUCTION SHOULD BE GRANTED. AS DISCUSSED THROUGHOUT THIS REQUEST, THE HISTORY AND NATURE OF MY INVOLVEMENT IN THESE HORRIBLE AND SENSELESS ACTS OF VIOLENCE, OF WHICH, I TAKE FULL RESPONSIBILITY FOR, NOT ONLY MY ACTIONS, BUT THE ACTIONS OF THOSE THAT ASSISTED WITH THE PERPETRATION OF THESE VIOLENT ACTS AGAINST HUMAN LIFE AND HUMANITY, CONSIDERED WITH THE 23 YEARS OF CONTINUED INCARCERATION AND MY POST-REHABILITATIVE EFFORDS WHILE ALSO CONSIDERING MOST IMPORTANTLY, THE EXTREME SENTENCING DISPARITY BETWEEN EACH DEFENDANT HERE, THESE FACTORS TRULY WEIGH IN FAVOR OF A SENTENCE REDUCTION HERE.

THE 23 YEARS I'VE ALREADY SERVED IN PRISON HAS TRULY BEEN TRANSFORMATIVE FOR ME BECAUSE I DEDICATED MYSELF TO REHABILITATION, PERSONIFYING THE OBJECTIVES OF section 3553(a)(2)(D) ALTHOUGH I'VE BEEN FACED WITH THE POSSIBILITY OF NEVER BEING RELEASED FROM PRISON. See JONES, 17 F.4th at 374 (EXPLAINING THAT "EXTRAORDINARY AND COMPELLING REASONS ARE NECESSARY— BUT NOT SUFFICIENT— FOR A DEFENDANT TO OBTAIN RELIEF UNDER section 3582(c)(1)(A) AND THAT "A DISTRICT COURT MUST ALSO CONSIDER THE FACTORS SET FORTH IN section 3553(a) BEFORE GRANTING RELIEF"); See ALSO EDUCATIONAL, PERSONAL GROWTH, AND PROGRAMING COURSEWORK EXHIBITS ATTACHED HERETO.

## 1. SENTENCING DISPARITY

HERE, AS NOTED THROUGHOUT THIS REQUEST, RELYING ON PRE-DAVIS PRECEDENT, PETITIONER RECEIVED CONCURRENT LIFE SENTENCES FOR COUNTS 1, 2 AND 4 WITH A CONSECUTIVE ONE HUNDRED AND TWENTY MONTH TERM FOR COUNT 3 — WHILE — MANUEL GARCIA, THE DEFENDANT WHO ADMITTED AND PLED GUILTY TO THE MURDER OF SANTIAGO IN THE STATE OF NEW YORK AND ADMITTED AND PLED

GUILTY TO THE MURDER OF DEJESUS IN THE STATE OF
PENNSYLVANIA, COUNT TWO OF THE INDICTMENT,
RECEIVED A 15 YEAR TERM OF IMPRISONMENT AND
HAS SINCE BEEN RELEASED AND DEFENDANT
JORGE APONTE, PLED GUILTY TO HIS INVOLVEMENT,
RECEIVED ONLY A 10 YEAR SENTENCE AND HAS ALSO
SINCE BEEN RELEASED FROM CUSTODY.

    NOT TO DILUTE OR EXCUSE MY INVOLVEMENT
IN THESE HORRIBLE ACTS OF VIOLENCE, BUT THE
DISPARITIES BETWEEN THE SENTENCE I RECEIVED
AND THE SENTENCES OF MY CO-DEFENDANTS ARE
TRULY "GLARING".

    WHEN THESE DISPARITIES ARE FULLY
CONSIDERED HERE, THIS COURT SHOULD CONCLUDE THAT
SUCH DISPARITIES [ARE] AND [IS] "EXTRAORDINARY"
AND THAT DISPARITY [DOES] WARRANT A SENTENCE
REDUCTION. THIS DISPARITY IS ALSO CONTRARY TO
THE CONGRESSIONAL DIRECTIVE THAT COURTS MUST
STRIVE "TO AVOID". See 18 U.S.C. section 3553(a)(6)

    WHEN THE EXTRAORDINARY LENGTH OF
PETITIONERS' SENTENCE IS EFFECTIVELY EXAMINED,
THE GLARING DISPARITY IS FURTHER ILLUMINATED
WHEN ONE CONSIDERS THAT IN THE FISCAL YEAR OF
2021, THE AVERAGE SENTENCE FOR MURDER FOR
FEDERAL DEFENDANTS WITH A CRIMINAL HISTORY

CATEGORY OF III. WAS 300; THE MEDIAN SENTENCE WAS 240 MONTHS. See U.S. Sentencing Comm'n Interactive Data Analyzer, available at: (https://ida.ussc.gov/analytics/saw.dll?Dashboard)

\* PETITIONER NOTE \*

With only one PRIOR, if PETITIONER WAS SENTENCED today WITHOUT THE 924(c)(1) AND 924(j)(1) ENHANCEMENTS, PETITIONER WOULD ONLY HAVE 3 CRIMINAL HISTORY POINTS, RESULTING IN A CRIMINAL HISTORY CATEGORY OF II, WHICH THE AVERAGE SENTENCE FOR MURDER IN 2021 FOR DEFENDANTS WITH A CRIMINAL HISTORY CATEGORY OF II WAS 230 MONTHS; THE MEDIAN SENTENCE WAS 180 MONTHS. Id.

THEREFORE, FULLY CONSIDERING THE TOTALITY OF THIS CASE DISPARITIES AMONGST EACH DEFENDANTS SENTENCE, CONGRESS COULD HAVE HARDLY INTENDED SUCH A RESULT.

# CONCLUSION

WHEN THIS COURT CONSIDER FULLY, THE CHANGES MADE UNDER DAVIS, MY SINCERE POST-REHABILITATIVE EFFORDS TO EFFECTIVELY CHANGE MY LIFE AND THE "GLARING" SENTENCING DISPARITIES BETWEEN DEFENDANTS WHILE ALSO CONSIDERING THE SENTENCING FACTORS UNDER 3553(a), THIS COURT SHOULD FIND THAT THIS CASE CLEARLY PROVIDES EXTRAORDINARY AND COMPELLING REASONS THAT TRULY WARRANTS A SENTENCE REDUCTION.

WHEREFORE, BASED ON THE REASONS AS OUTLINED HEREIN, I'M RESPECTFULLY REQUESTING A SENTENCE REDUCTION TO TIME SERVED.

RESPECTFULLY SUBMITTED,

DATED: 07-06-2022

George Anthony Viruet
GEORGE ANTHONY VIRUET
Res.# 01193-748
USP-Pollock
P.O. Box 2099
Pollock, La 71467
(PETITIONER PRO Se)

24

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

GEORGE ANTHONY VIRUET          CASE NO. : 1:99-cr-01104-SJ-4
    DEFENDANT.

V.

UNITED STATES OF AMERICA

## PURPOSED ORDER

UPON CONSIDERATION OF DEFENDANT GEORGE
ANTHONY VIRUETS' 18 U.S.C. Section 3582(c)(1)(A)(i)
MOTION FOR COMPASSIONATE RELEASE/SENTENCE
REDUCTION, THE COURT, HEREBY ORDERS ON
this _____ DAY OF _____, 2022,
THAT A HEARING ON DEFENDANTS MOTION SHALL BE
HELD ON THE _____ DAY OF _____, 2022,
at _____ am./p.m. It is FURTHER ORDERED THAT
DEFENDANTS' PRESENCE FOR THE HEARING IS REQUIRED.

_____
HONORABLE STERLING JOHNSON, Jr.
UNITED STATES DISTRICT COURT JUDGE

.1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON July 06, 2022, I FILED THE FOREGOING MOTION WITH THE CLERK OF THE COURT IN THE EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION, SO THAT SERVICE MAY BE COMPLETED TO ALL PARTIES BY ENTERING IT INTO THE CMJECF SYSTEM.

DATED: 07-06-2022

RESPECTFULLY SUBMITTED,

George A. Viruet

GEORGE A. VIRUET
Reg. # 01193-748

1

 

## Compassionate Release/Reduction in Sentence Response

NAME: Viruet, George          REGISTER NUMBER: 01193-748

HOUSING UNIT: A1             DATE RECEIVED: 9-2-2021

REQUESTER: Viruet, George

Your request has been reviewed for consideration under 18 U.S.C. 4205(g) or 3582(c)(1)(A).  Upon investigation of the request, it has been determined that the request warrants **denial** at this level and the matter shall not be referred for consideration to the Office of General Counsel.  Specifically, you requested to be considered for a Compassionate Release/Reduction in Sentence based on your age, time received, and your medical conditions.  There are no conditions of extraordinary or compelling circumstances presented that could not be taken into consideration by the court at the time of your sentencing.

If you are not satisfied with this reply, you may submit an Administrative Remedy on the appropriate form (BP-9).

_____          _9-17-2021_
C. McConnell, Complex Warden              Date

EXhibiT
# 7

Page 5.

EX-GANG CHIEF GETS LIFE IN SLAYING      Page 1 of 1




## DAILY NEWS | News

HOME   AUTOS   REAL ESTATE   JOBS   CLASSIFIEDS   IN PRINT   TICKETS   CONTESTS

NEWS | SPORTS | GOSSIP | ENTERTAINMENT | NY LOCAL | OPINIONS | VIDEO | BLOGS | LIFESTYLE | MONEY | LATINO | SERVICES

NY CRIME   POLITICS   US/WORLD NEWS   HEADLINES/ARCHIVES   COLUMNISTS   BLOGS   PHOTOS

# EX-GANG CHIEF GETS LIFE IN SLAYING

BY MIKE CLAFFEY DAILY NEWS STAFF WRITER

Friday, June 15th 2001, 2:42 AM

A former leader of the Netas street gang was sentenced to life without parole yesterday for driving a killer to the scene of a murder ordered by the group's "godmother."

George Viruet, 28, faced a mandatory life sentence for his conviction in February in Brooklyn Federal Court along with Joanna Pimentel, who was convicted of ordering the hit and got the same life term last month.

Viruet, the leader of the Jamaica chapter of the Netas, passed up a plea deal of 15 years. He testified that although he drove the killer to the scene of the January 1995 slaying of rival Netas leader Galat Santiago, he didn't learn the purpose of the trip until after the slaying.

He was contradicted by three other members of the gang who testified for the feds, including the shooter, three-time killer Manuel Garcia.

Prosecutors Catherine Friesen and Pamela Chen argued that Pimentel - known as La Madrina, Spanish for godmother - ordered Santiago's execution to consolidate her control over the group

Viruet and Pimentel were convicted of murder in aid of racketeering, murder conspiracy and weapons charges. On top of life, Viruet got a concurrent 10 years on the weapons charge.

Viruet, a stocky man with long, stringy, dark hair and forearms laced with tattoos, did not speak at the sentencing.

His attorney, Barry Gene Rhodes, said Viruet maintained his innocence, but "expressed remorse that he was involved in this Netas group." Rhodes said he plans an appeal.

EMAIL      PRINT

---

EMAIL      PRINT      SHARE

Most Read   Most Discussed   Most Emailed

1. Mark Madoff died talking about 'truth'; maybe now Bernie can tell the truth - about all of it
2. Teen with 2 swords arrested after taking nursery school kids hostage
3. Ex-WikiLeaker to launch rival: OpenLeaks
4. BOOM: Navy railgun is most powerful on the planet (VIDEO)
5. Chief Justice John Roberts, Justice Samuel Alito may boycott Obama's State of the Union address
6. The art of pole dancing
7. Madoff's son hangs himself with dog leash
8. Tax cut deal won't mean more cash for you
9. Family and friends mourn Elizabeth Edwards at emotional funeral
10. Iraqi Taymour al-Abdaly killed himself with knapsack bomb in Sweden's first suicide attack



**Washington Mom's $5 Wrinkle Trick**
Dermatologists DON'T want you knowing about this Skin Care Secret!

**Washington Mom Makes $77/hr Online!**
Unemployed Mom Makes $6,795/Month Working Online! Read How She Did It.

**SHOCKING: 46" LED TV's for only $98.76!**
Washington: Over 1,000 Samsung 46" LED TV's selling for $98.76 each!



Sprint



*Return To School Online With A Grant*

See If You Qualify!

Select Your Age  [33]

See Degrees Now

classesUSA

NEWSLETTER SIGNUP

Get the latest Updates.

SIGN UP NOW

RSS headlines
Newsletter Signup
Send your story tips
Place an ad

---

**Editorial:**
News
Sports
Gossip
Entertainment
NY Local
Opinions
Lifestyle
Money
Latino
Today's Headlines

**Search:**
Search Your Neighborhood
Find Showtimes & Movie Tickets
Find Gas Prices in your area
Search for Tickets
Search Restaurant Listings

**Services:**
Your Profile
Newspapers in Education
Sign up for Home Delivery
Manage Home Delivery Account
NYDailyNews.com Archives
FAQ's
RSS Headlines
Advertising Media Kit
Make NYDailyNews.com your Homepage

**Multimedia:**
Video
Photo Galleries
Blogs
Audio Slideshows
News Discussions
Sports Discussions
Entertainment Discussions
NY Local Discussions
Opinions Discussions

**Classifieds:**
Autos
Real Estate
Jobs
Marketplace
Newspapers Ads
Print Edition Special Sections
Buy Tickets

Contact Us | Sitemap | Latest Feeds | MY YAHOO!

Use of this website signifies your agreement to the Terms of Service and Privacy Policy © Copyright 2009 NYDailyNews.com. All rights reserved.

*ExhibiT*
*1-A  page 1b*

**Bureau of Prisons**
**Psychology Services**
**Challenge Program**

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

| | | | |
|---|---|---|---|
| **Inmate Name:** VIRUET, GEORGE | | | **Reg #:** 01193-748 |
| **Date of Birth:** 03/06/1973 | **Sex:** M | **Race:** WHITE | **Facility:** POL |
| **Open Date:** 11/01/2021 | **Closed Date:** | **Status:** Active | **Discussed:** Yes |

**PGI Title:** Overall Progress

**Status:** Active          **Last Updated:** 03/01/2022   **Last Provider:** Davis, L. MA/Challenge Treatment Specialist

**Problem:** I have led a disordered lifestyle that has had a negative impact on many aspects of my life so I have volunteered to participate in this residential treatment program to help me address my specific problems of : Substance Use, Criminal Lifestyle, and Communication Deficit.

**Goal:** To incorporate the principles and techniques of this treatment program to address my thinking errors and modify my problematic behaviors.

**Interventions:** -I will fully program participates as directed and reviewed by my clinical team.

--I will demonstrate my commitment to treatment by being prepared at all times for groups, being properly dressed, and being punctual for programming.

-I will sign the Challenge A & O handbook and obey all rules outlined in the Orientation handbook. If I have questions or concerns, I will address them with my CTS and/ or mentor in appropriate manner.

-I will remember that my program participation is voluntary and any inappropriate behavior in the program with staff or decision made for myself that negate progress may be grounds for termination.

-I will present seminars throughout my course of treatment, providing at least one per phase to my peers about issues relevant to the community as a whole based on my personal experiences and investments.

-I will talk to my CTS about issues that may arise and follow my chain of command to avoid splitting staff.

-I will maintain confidentiality of my peers, by not sharing conversations or information disclosed with non-Challenge Program participants.

-I will immediately report any incident reports I receive to my CTS. If my CTS is not available I will report the incident report to other Challenge staff, or my Mentor.

**Progress Notes:**

Displays conceptual understanding only          **Date:** 06/29/2022   **Provider:** Davis, L. MA/Challenge Treatment Specialist

INMATE VIRUET, GEORGE 01193-748 is a Phase I participant in the Challenge Program. He currently has a total of 159.75 program hours. USP Pollock is currently on lockdown due to safety and security reasons. However, the Challenge Program has receiving programming hours in the last 60 days.

INMATE VIRUET continues to demonstrate conceptual understanding overall in the Challenge Program. He continues to demonstrate his commitment to treatment by reporting to all groups properly dressed, punctual, and prepared. He voluntary participates in all groups and signs up on the facilitator's sheet on a regular basis. INMATE VIRUET also continues to be very active in process group by discussing legitimate treatment related topics. Under observation, this reporter has observed INMATE VIRUET discuss how proud he is of his daughter. He expressed excitement because he is in the process of setting up for a visit with his daughter and future son-in-law. INMATE VIRUET reports it will be his first time meeting his daughter in person. He has done a good job on reuniting with his children and working towards a healthy and positive relationship with them. He has also been observed successfully utilizing assertive communication skills to work out conflicts with his peers.  He provides positive treatment related feedback to his peers in process groups as well. He continues to demonstrate the ability to maintain confidentiality due to no evidence of struggles.

*ExhibiT 2.*

*Age 18*

| Inmate Name: | VIRUET, GEORGE | | | | Reg #: | 01193-748 |
| Date of Birth: | 03/06/1973 | Sex: | M | Race: WHITE | Facility: | POL |
| Open Date: | 11/01/2021 | Closed Date: | | Status: Active | Discussed: | Yes |

INMATE VIRUET is complete with journal 1 in Phase I. He is doing a great job in Phase I and up to date on all assignments. There are is documentation from the Phase I CTS on reports of behavioral issues in Phase Group. It was documented by the Phase I CTS that INMATE VIRUET successfully completed his Readiness Statement on 04/28/2022. He completed his first seminar on "Getting to Know My Community," on 05/05/2022. He followed instructions while presenting his seminar with preparation, punctuality and a well thought out way to present his seminar. To avoid nervousness he creatively seated his audience staged as if they were in process group (in a circle). He spoke on the challenges he have faced serving a life sentence. Along with his family, criminal history and drug use. INMATE VIRUET stated he continues to struggle with serving a life sentence for a crime he did not commit, while others involved are happily living their lives.

INMATE VIRUET does communicate well with his CTS. During the lockdown he has communicated with his CTS about requests for his Challenge Program records and questions related to his 60 day review.

INMATE VIRUET has not received an incident report in the last 60 days. He also has not received any clinical teams since his time in the program. To add INMATE VIRUET demonstrates treatment readiness outside of Challenge Program hours as the observation is evidenced by the following: According to the Treatment Coordinator, INMATE VIRUET was observed, "Displaying numerous positive attitudes to include caring and willingness. He immediately offered to assist with transferring (assisting the participant with ambulating to Medical) the ill participant to Health Services."

Displays conceptual understanding only                      Date: 04/28/2022  Provider: Davis, L. MA/Challenge Treatment
                                                                                          Specialist

INMATE VIRUET, GEORGE 01193-748 is a Phase I participant in the Challenge Program. He currently has a total of 139.33 program hours. The Challenge Program has been operating on a normal basis.

INMATE VIRUET continues to demonstrate conceptual understanding overall. He demonstrates his commitment to treatment by reporting to all groups properly dressed, punctual, and prepared. He voluntary participates in all groups and signs up on the facilitator's sheet on a regular basis. INMATE VIRUET is very active in process group. He does exceptional in process groups communicating concerns and receiving feedback from his peers. He has continues to discuss struggles with his children and family. The most recent was an issue that was bothering him because he was holding the community accountable. Peers in the community frowned upon him for that. INMATE VIRUET explained he was assigned Thought Word of the Day and he chose the word "hypocrite." He was told by his peers he could not use that word. INMATE VIRUET stated he was not using the word to attack anyone; however he had an experience with his daughter and he felt like a hypocrite. That was the reason for wanting to use the word. INMATE VIRUET stated peers thought he was calling out some in the community for being a hypocrite. He does demonstrate the ability to maintain confidentiality due to there being no evidence of struggles. A Phase I test was given over journal 1 and INMATE VIRUET passed with an 88%. Today, April 28, 2022, INMATE VIRUET read his personal statement which was an assignment completed in Phase I journal.

INMATE VIRUET will be completing his first seminar next week (May 5, 2022), he reports that he's prepared. His topic is on, "Getting to Know My Community."

INMATE VIRUET does communicate with his CTS. He has communicated frustrations of how some of his peers and how they are, 'Fakin' it to fake it," and he does not like that. This reporter strongly encouraged him to hold them accountable and communicate with them in an assertive manner.

INMATE VIRUET has not received an incident report in the last 60 days. He also has not received any clinical teams since his time in the program.

INMATE VIRUET is an asset in the community. He continues to demonstrate program during this 60 day review.
Displays conceptual understanding only                      Date: 03/01/2022  Provider: Davis, L. MA/Challenge Treatment
                                                                                          Specialist
INMATE VIRUET #01193-749 remains a Phase I participant in the Challenge Program. He currently has a total of 75.08 programming hours. The Challenge participants has resumed normal operations and all programming is back to normal. This writer is currently working from a remote location.

| | | | | |
|---|---|---|---|---|
| **Inmate Name:** VIRUET, GEORGE | | | | **Reg #:** 01193-748 |
| **Date of Birth:** 03/06/1973 | **Sex:** M | | **Race:** WHITE | **Facility:** POL |
| **Open Date:** 11/01/2021 | **Closed Date:** | | **Status:** Active | **Discussed:** Yes |

This 60 day review is based off of observation of this writer prior to working from a remote location.

INMATE VIRUET continues to demonstrate conceptual understanding overall and has consistently performed well in treatment. He continues to reports to all groups in a timely manner, prepared, and properly dressed. He fully participates in programming and get along well with peers and staff. INMATE VIRUET has not received any clinical teams or documented notes of behavioral concerns in BEMR.

INMATE VIRUET under observation did not contribute much to process groups within the last 60 days. There was inconsistency in programming due to the National pandemic and institutional lockdowns. He has not completed a seminar in the last 60 days, as large groups was placed on hold as well.

INMATE VIRUET continues to demonstrate full efforts of treatment readiness at this time.

Displays conceptual understanding only          **Date:** 12/27/2021  **Provider:** Davis, L. MA/Challenge Treatment
                                                                                                Specialist

INMATE VIRUET, GEORGE #01193-748 is in Phase I group, Orientation journal at this time. He has a total of 64.0 program hours. This is INMATE VIRUET's first 60 day review. The Challenge Program unit is now on lockdown due to precautionary measures as it relates to the COVID-19 pandemic for approximately 14 days. VIRUET has a job assignment of working AM recreation. The Challenge Program has been programming on a regular basis. Phase I Group is now on page 17.

The following has been observed in the 60 days:
INMATE VIRUET demonstrate conceptual understanding in this area. He reports to all groups in a punctual manner, well-groomed and properly dressed. Under observation of Challenge staff VIRUET follows program and institutional rules. There have been no documented incident reports or clinical teams as it relates to his behavior. VIRUET is familiar with the delivery of format for Morning Meeting material, as evidenced by, he presented the Thought Word of the Day and Positive Praise without struggles. This writer encouraged INMATE VIRUET to sign up on other activities to demonstrate adequate community participation. He has only signed up for the cleaning up of equipment in the last 60 days a total of 6 times.

INMATE VIRUET under observation participate often in process groups and provides positive treatment related feedback to his peers. There was a time in particular he disclosed struggles of asking the question how does one reach out to a victim's family to apologize. VIRUET appeared very remorseful and began to weep as he discussed his current charges. He is attentive and fully participates while in process groups. INMATE VIRUET does maintain confidentiality of information discussed in groups. VIRUET has not presented a seminar in process group; however, he is prepared to present his topic on, "Getting to know my Community."

INMATE VIRUET communicates well with this CTS and brings issues forward with treatment related tools to solve the issue(s). He is considerate and has the ability to problem solve, as evidenced by, he resolved an issue with a community peer and his cell mate that was experiencing issues. His community peers view him as an asset to the community because he is approachable and positive. He also demonstrates the ability to follow his chain of command.

**PGI Title:**  Criminal Lifestyle

**Status:** Active          **Last Updated:** 11/01/2021          **Last Provider:** Davis, L. MA/Challenge Treatment
                                                                                                Specialist

**Problem:**          I have a lengthy history of rule breaking behavior that began at 13 years old. My current federal charge is
                      Conspiracy to murder to aid in racketeering murder in a violent crime and use of a firearms. I have a life
                      sentence plus 120 months.
**Goal:**             To behave in a pro-social manner by sustaining law-abiding behavior. To achieve this goal, I will identify
                      and correct criminal thinking errors; adhere to institutional rules and expected behaviors of my therapeutic
                      community; and live a crime-free lifestyle now and upon my release.
**Interventions:**  -I will conduct Attitude Checks (caring, gratitude, honesty, humility, objectivity, open-mindedness), 1
                      weekly in Morning Meetings on the one(s) I struggle with.

| | | | | |
|---|---|---|---|---|
| **Inmate Name:** | VIRUET, GEORGE | | | **Reg #:** 01193-748 |
| **Date of Birth:** | 03/06/1973 | **Sex:** M | **Race:** WHITE | **Facility:** POL |
| **Open Date:** | 11/01/2021 | **Closed Date:** | **Status:** Active | **Discussed:** Yes |

- I will write in my Criminal Lifestyle journal page 1, Do I think I am capable of changing the way I think? Why?

-I will discuss in process groups who has been affected by my lifestyle and how my criminal lifestyle harmed my loved ones and friends.

-Complete RSA's to identify faulty beliefs that led to the above mentioned situations and share one RSA with my group.

-I will complete a seminar on how my so called friends and negative influences have affected my life.

-Discuss with my group the steps I am taking to regroup and focus my recovery goals.

-I will interact with positive individuals that support my recovery to help me build my social skills.

-Discuss high risk situations I can potentially encounter while in prison and upon my release. Gain feedback from my group.

- I will memorize the 5 Rules of Rational Thinking, and recite them when asked by staff or community peers.

**Progress Notes:**

Displays conceptual understanding only          **Date:** 06/29/2022  **Provider:** Davis, L. MA/Challenge Treatment Specialist

INMATE VIRUET continues to demonstrate conceptual understanding by behaving in a  pro-social manner by sustaining law-abiding behaviors. Not only has he been conducting Attitude Checks weekly in Morning Meetings, he has been observed demonstrating the Attitude Checks in a positive manner. A BEMR note was included according to observation from the Treatment Coordinator reporting INMATE VIRUET was observed, "Displaying numerous positive attitudes to include caring and willingness. He immediately offered to assist with transferring (assisting the participant with ambulating to Medical) the ill participant to Health Services."

Displays conceptual understanding only          **Date:** 04/28/2022  **Provider:** Davis, L. MA/Challenge Treatment Specialist

INMATE VIRUET demonstrates conceptual understanding in this area. INMATE VIRUET behaves in a pro-social manner by sustaining law-abiding behaviors, as evidenced by, he was observed by treatment staff displaying Attitude Checks of caring and willingness. A BEMR note was written to explain. There was a peer struggling to get to medical and VIRUET along with other peer assisted in getting their peer to medical for medical attention.

Not addressed yet          **Date:** 03/01/2022  **Provider:** Davis, L. MA/Challenge Treatment Specialist

In the last 60 days a series of events took place such as institutional lockdowns and following safety precautions due to the National pandemic there was a lack of programming.

This writer did not obtain enough behavioral observation in this PGI. However, there is no documents to support INMATE VIRUET has struggled with adhering to institutional rules and expected behaviors of the therapeutic community.

Displays conceptual understanding only          **Date:** 12/28/2021  **Provider:** Davis, L. MA/Challenge Treatment Specialist

INMATE VIRUET discussed his criminal charge in process group. The question was asked, "If you can say something to your victim's family what would you say?" He began to get emotional as he discussed in hopes of the victim's family forgiving him. INMATE VIRUET pled his innocence and said he was not present during the incident. He reports wanting to reach out to the victim's family to just explain his side of the story.

| | | | | |
|---|---|---|---|---|
| **Inmate Name:** VIRUET, GEORGE | | | | **Reg #:** 01193-748 |
| **Date of Birth:** 03/06/1973 | **Sex:** M | | **Race:** WHITE | **Facility:** POL |
| **Open Date:** 11/01/2021 | **Closed Date:** | | **Status:** Active | **Discussed:** Yes |

**PGI Title:**   Substance Abuse

**Status:** Active          **Last Updated:** 11/01/2021     **Last Provider:** Davis, L. MA/Challenge Treatment
Specialist

**Problem:**        I have a problem with abusing substances. I began used drugs as 8 years old This abuse has affected my
home and work life. Specifically, I smoked cannabis daily. Budweiser weekly. and Cocaine weekly.

**Goal:**            To lead a drug-free lifestyle, utilizing healthy coping mechanisms to manage unpleasant emotions, difficult
situations, and engage in physically and emotionally healthy leisure activities.

**Interventions:** -I will write an autobiography entitled My Drug Use and present it a seminar on it.

-Using the Reviewing My Drug Use journal, present my responses to the page The road ahead: my future
with drugs. Receive process group feedback.

-Using the Reviewing My Drug Use journal, identify the three most damaging consequences of my drug
use and present this information to the group for feedback.

-Complete RSAs on how my faulty beliefs relate to me using drugs and provide challenges.

-I will share with my group the dangers of my drug use.

-I will refrain from any uses of drugs and or alcohol while actively involved in the Challenge Program.

-I will in Phase I, discuss at what point did I know my drug use was spiraling out of control.

**Progress Notes:**

Displays conceptual understanding only          **Date:** 06/29/2022  **Provider:** Davis, L. MA/Challenge Treatment
Specialist

INMATE VIRUET continues to lead a drug-free lifestyle under the observation of this writer. He continues to utilize
positive and healthy coping mechanisms by assisting in the following when not on lockdown: feedback classes,
assisting in helping the new peers assigned to the Challenge Program and in self-help groups.  There also is not any
evidence of struggles with substance use due to no documentation of positive urinalysis test.

Displays conceptual understanding only          **Date:** 04/28/2022  **Provider:** Davis, L. MA/Challenge Treatment
Specialist

INMATE VIRUET appears to lead a drug-free lifestyle by utilizing healthy coping mechanisms by: Assisting in
feedback classes, assisting in helping the new peers assigned to the Challenge Program and in self-help groups.
He also has not tested positive on a urinalysis test which indicates drugs have been abused. Staff have not
observed any suspicious behaviors of being under the influence as well.

Not addressed yet          **Date:** 03/01/2022  **Provider:** Davis, L. MA/Challenge Treatment
Specialist

In the last 60 days a series of events took place such as institutional lockdowns and following safety precautions due
to the National pandemic there was a lack of programming.

This writer did not obtain enough behavioral observation in this PGI. However, there are no documents to support
INMATE VIRUET has struggled with substance use in the last 60 days.

Displays conceptual understanding only          **Date:** 12/28/2021  **Provider:** Davis, L. MA/Challenge Treatment
Specialist

INMATE VIRUET discussed his history of substance abuse and said, "It began because my mom would have me
walk to the store to get beer." VIRUET states his drinking slowly progressed to him drinking excessively on a weekly
basis. He reports trying cocaine one time but got to the point he couldn't sleep. VIRUET shares he smoked
marijuana daily until his incarcerator.

| **Inmate Name:** | VIRUET, GEORGE | | | **Reg #:** | 01193-748 |
|---|---|---|---|---|---|
| **Date of Birth:** | 03/06/1973 | **Sex:** M | **Race:** WHITE | **Facility:** | POL |
| **Open Date:** | 11/01/2021 | **Closed Date:** | **Status:** Active | **Discussed:** | Yes |

**PGI Title:**  Communication Deficit

**Status:** Active          **Last Updated:** 11/01/2021     **Last Provider:** Davis, L. MA/Challenge Treatment
Specialist

**Problem:** I lack the necessary skills to communicate in an effective manner with others

**Goal:** To develop an assertive communication style that fosters appropriate and productive interactions with members of my community, the institution and my family and friends.

**Interventions:** -I will in Phase I, initiate the process group with topic(s) to foster positive appropriate interactions with my peers and provide positive feedback.

-I will seek 2 peers monthly while in Phase I for 1 months and present their name, where they live and hobbies and present during Community Business.

-I will discuss in process group, 2 personal experiences when communication was shown negatively and resulted in negative consequences.

-I will complete pages 28 and 29 of my Communication Skills journal, and process it in small group.

-I will successfully complete my communication skills journal in Phase II to include discussing the 4 styles of communication in process group.

**Progress Notes:**

Displays conceptual understanding only          **Date:** 06/29/2022  **Provider:** Davis, L. MA/Challenge Treatment
Specialist

INMATE VIRUET continues to present an assertive communication style as he interacts with his peers and Challenge staff. During this current lockdown he has communicated the reasons for requesting his Challenge Program records. He has assertively asked his CTS questions as it relates to the seminar he completed and when will it be documented in his 60 day review.

Displays conceptual understanding only          **Date:** 04/28/2022  **Provider:** Davis, L. MA/Challenge Treatment
Specialist

INMATE VIRUET has developed an assertive communication style that fosters appropriate and productive interactions  with members of the community. He has been observed in process groups and in a recent conversation he had with his peers that were in disagreement with how he was going to run his assignment. INMATE VIRUET politely told his peers he was not trying to offend anyone because the assignment was based off of his experience. Once that was explained, the community was more receptive of his assignment.

Not addressed yet          **Date:** 03/01/2022  **Provider:** Davis, L. MA/Challenge Treatment
Specialist

In the last 60 days a series of events took place such as institutional lockdowns and following safety precautions due to the National pandemic there was a lack of programming.

This writer did not obtain enough behavioral observation in this PGI. However, there are no documents to support INMATE VIRUET has struggled with his communication skills in the last 60 days.

Not addressed yet          **Date:** 12/28/2021  **Provider:** Davis, L. MA/Challenge Treatment
Specialist

INMATE VIRUET has not complete any interventions in the area at the time. As this is his first 60 day review. This PGI will be  discussed next 60 day review.

```
     POLKE          *        INMATE EDUCATION DATA          *    02-22-2022
     PAGE 001       *            TRANSCRIPT                 *    12:40:30

     REGISTER NO: 01193-748      NAME..: VIRUET              FUNC: PRT
     FORMAT.....: TRANSCRIPT     RSP OF: POL-POLLOCK USP

     --------------------------- EDUCATION INFORMATION ---------------------------
     FACL ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP DATE/TIME
     POL  ESL HAS   ENGLISH PROFICIENT             09-07-2001 1159 CURRENT
     POL  GED EARNED GED EARNED IN BOP             12-15-2014 0001 CURRENT

     --------------------------- EDUCATION COURSES ---------------------------
     SUB-FACL   DESCRIPTION              START DATE  STOP DATE EVNT AC LV  HRS
     POL CODE   PERSONAL GWTH - 7HABITS RPP6 11-22-2021 CURRENT
     POL        HEALTHY MIND JOURNAL      04-07-2021 06-30-2021  P  C  P   24
     COM        SHU ENGLISH MONEY SMART CLASS 03-27-2020 10-05-2020 P C P  15
     COM        UNICOR QA CLASS           04-05-2018 03-26-2019  P  C  F   16
     COM        SOFTBALL SPORTS RULES     02-23-2019 03-02-2019  P  C  P    4
     COM        VT/CUSTODIAL MAINTENANCE PROG. 07-02-2018 09-28-2018 P C M 100
     COM        RE-ENTRY SEMINAR          06-10-2018 06-10-2018  P  C  P    1
     COM        VT MICROSOFT CLASS        04-16-2018 06-28-2018  P  W  V   15
     COM        FINANCIAL PEACE           01-11-2018 05-04-2018  P  C  P   60
     SCH        GED MATH TUTORING PART 1  02-07-2014 01-19-2015  P  C  P   20
     SCH        FCI-YANCHUK-GED M-F 7:30 RPP 6 10-16-2013 12-15-2014 P C P 353
     BER        GED 2 - 9:30-11:00AM      06-28-2013 09-24-2013  P  W  I  187
     BER        ACE REAL ESTATE 101       05-14-2013 07-20-2013  P  C  P   10
     BER        INTERVIEW SKILLS          06-05-2013 07-08-2013  P  C  P    8
     BER        GED 7:30-9:30AM           02-26-2013 06-28-2013  C  W  I    0
     BER        BUSINESS ETIQUETTE        05-22-2013 05-28-2013  P  C  P    2
     BER        DRESS FOR SUCCESS         05-02-2013 05-02-2013  P  C  P    2
     BER        21ST CENTURY MONEY MANAGEMENT 04-05-2013 05-06-2013 P C P  10
     BER        CONSUMER ECONOMICS        04-04-2013 05-06-2013  P  C  P   10
     BER        RESUME WRITING            03-25-2013 05-01-2013  P  C  P   12
     EST        GED MILLIGAN 7:30-9M-F(PG6) 11-08-2011 01-17-2013 P W I  225
     EST        MY CHILDREN & ME (PG#6)   12-23-2011 01-27-2012  P  C  P   16
     EST        FDIC CHECK IT OUT (#3 PF) 10-24-2011 11-15-2011  P  C  P   16
     EST        LISTENING TO CHILDREN (PG#6) 08-12-2011 10-13-2011 P C P  16
     EST        INFECTIOUS DISEASE PREVT(HN#1) 07-20-2011 07-20-2011 P C P  1
     MCK        GED M-F,1400-1530, CLASSROOM 1 05-03-2011 05-03-2011 P W V 54
     MCK        GED CLASSROOM 1,1000-1130 M-F 03-15-2011 05-03-2011 C W I   0
     CLP        GED 0730-1030 R5 TUES/THURS 08-16-2010 01-05-2011 P W I   34
     CLP        STRETCHING CLASS          02-08-2010 03-05-2010  P  C  P    4
     CLP        ADVANCED PILATES CLASS    02-08-2010 03-05-2010  P  C  P    4
     CLP        ADVANCED JUMP ROPE        02-08-2010 03-05-2010  P  C  P    4
     CLP        ADVANCED CIRCUIT TRAINING 02-08-2010 03-05-2010  P  C  P    4
     CLP        ADVANCED SPINNING         11-02-2009 12-20-2009  P  C  P    4
     CLP        ACE BEHAVIOR DEVELOPMENT CLASS 06-22-2009 06-22-2009 P W V 10
     CLP        RPP GROWTH #6             08-29-2009 08-29-2009  P  C  P    1
     CLP        RPP CCM,USPO,RRC,SOC SECUITY 08-29-2009 08-29-2009 P C P   1
     CLP        ALTERNATIVE TO VIOLENCE   06-17-2009 06-17-2009  P  C  P    2
     CLP        ALTERNATIVE TO VIOLENCE   06-17-2009 06-17-2009  P  C  P    2
     CLP        SPORTS RULES              04-29-2009 05-17-2009  P  C  P    4
     CLP        ELL ORIENTATION ACE       04-23-2008 06-16-2008  P  C  P    2

     G0002      MORE PAGES TO FOLLOW . . .
```

*EXhibiT*
*2-A*

*Page 18*

```
     POLKE          *         INMATE EDUCATION DATA        *      02-22-2022
     PAGE 002 OF 002 *              TRANSCRIPT             *      12:40:30

     REGISTER NO: 01193-748    NAME..: VIRUET            FUNC: PRT
     FORMAT.....: TRANSCRIPT   RSP OF: POL-POLLOCK USP

     ---------------------------- EDUCATION COURSES ----------------------------
     SUB-FACL   DESCRIPTION            START DATE  STOP DATE EVNT AC LV   HRS
     VIP        ENGLISH GED 12-1:30PM  06-15-2005 03-06-2006  P  W  V    240
     VIP        GED 12:30-RECALL       02-15-2005 06-15-2005  C  W  I      0
     LOM        GED AM JACOBSON        09-25-2002 10-05-2004  P  W  I     80
     LOM        COMMITMENT TO CHANGE   11-20-2003 04-04-2004  P  C  P     40
     LOM        BREAKING BARRIERS 1    05-12-2004 06-08-2004  P  C  P     29
     LOM        CODE ORIENTATION       10-06-2003 03-29-2004  P  C  P     35
     LOM        CODE ORIENTATION       11-20-2003 04-13-2004  P  C  P     24
     BRO M      ART PRGM ALL UNITS     03-29-2001 04-29-2002  P  C  P     25
     BRO M      CALLIGRAPHY WRITING PRGM 07-17-2000 01-23-2001 P  C  P    25

     ---------------------------- HIGH TEST SCORES ----------------------------
     TEST       SUBTEST       SCORE    TEST DATE   TEST FACL  FORM     STATE
     ABLE       LANGUAGE        9.0    12-06-2005    VIP       E
                NUMBER OPR     10.5    12-06-2005    VIP       E
                PROB SOLV      13.0    12-06-2005    VIP       E
                READ COMP      12.9    12-06-2005    VIP       E
                SPELLING        7.5    12-06-2005    VIP       E
                VOCABULARY     10.8    07-12-2005    VIP       E
     GED        AVERAGE       516.0    12-15-2014    SCH       PASS      PA
                LIT/ARTS      700.0    07-28-2004    LOM       IG        CA
                MATH          420.0    12-15-2014    SCH       IB        PA
                SCIENCE       480.0    07-28-2004    LOM       IG        CA
                SOC STUDY     520.0    07-28-2004    LOM       IG        CA
                WRITING       460.0    08-15-2013    BER       IH        NH
     GED PRAC   LIT/ARTS      490.0    01-26-2012    EST       PD        SC
                MATH          470.0    01-26-2012    EST       PD        SC
                SCIENCE       460.0    01-26-2012    EST       PD        SC
                SOC STUDY     490.0    01-26-2012    EST       PD        SC
                WRITING       510.0    01-26-2012    EST       PD        SC
     TABE A     READING        11.1    09-13-2011    EST       9
     TABE D     BATTERY         6.1    09-13-2011    EST       9
                MATH APPL       4.3    09-13-2011    EST       9
                MATH COMP       4.4    09-13-2011    EST       9
                TOTAL MATH      4.4    09-13-2011    EST       9
     TABE M     LANGUAGE        5.4    09-13-2011    EST       9


     G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

*EXHIBIT 2-B*

*Page 18.*



## Individualized Needs Plan - Program Review    (Inmate Copy)
**Dept. of Justice / Federal Bureau of Prisons**
Plan is for inmate: VIRUET, GEORGE  01193-748

SEQUENCE: 00844691
Team Date: 04-19-2022

| | | | |
|---|---|---|---|
| Facility: | **POL POLLOCK USP** | Proj. Rel. Date: | UNKNOWN |
| Name: | **VIRUET, GEORGE** | Proj. Rel. Mthd: | LIFE |
| Register No.: | **01193-748** | DNA Status: | CLP01374 / 04-30-2010 |
| Age: | **49** | | |
| Date of Birth: | **03-06-1973** | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| POL | REC AM-1 | M-F 7:30-3:30 | 04-08-2021 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| POL | ESL HAS | ENGLISH PROFICIENT | 09-07-2001 |
| POL | GED EARNED | GED EARNED IN BOP | 12-15-2014 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| POL | C | EXERCISE AND MENTAL HEALTH | 03-26-2022 | 04-09-2022 |
| POL | C | PERSONAL GWTH - 7HABITS RPP6 | 11-22-2021 | 02-28-2022 |
| POL | C | HEALTHY MIND JOURNAL | 04-07-2021 | 06-30-2021 |
| COM | C | SHU ENGLISH MONEY SMART CLASS | 03-27-2020 | 10-05-2020 |
| COM | C | UNICOR QA CLASS | 04-05-2018 | 03-26-2019 |
| COM | C | SOFTBALL SPORTS RULES | 02-23-2019 | 03-02-2019 |
| COM | C | VT/CUSTODIAL MAINTENANCE PROG. | 07-02-2018 | 09-28-2018 |
| COM | C | RE-ENTRY SEMINAR | 06-10-2018 | 06-10-2018 |
| COM | W | VT MICROSOFT CLASS | 04-16-2018 | 06-28-2018 |
| COM | C | FINANCIAL PEACE | 01-11-2018 | 05-04-2018 |
| SCH | C | GED MATH TUTORING PART 1 | 02-07-2014 | 01-19-2015 |
| SCH | C | FCI-YANCHUK-GED M-F 7:30 RPP 6 | 10-16-2013 | 12-15-2014 |
| BER | W | GED 2 - 9:30-11:00AM | 06-28-2013 | 09-24-2013 |
| BER | C | ACE REAL ESTATE 101 | 05-14-2013 | 07-20-2013 |
| BER | C | INTERVIEW SKILLS | 06-05-2013 | 07-08-2013 |
| BER | W | GED 7:30-9:30AM | 02-26-2013 | 06-28-2013 |
| BER | C | BUSINESS ETIQUETTE | 05-22-2013 | 05-28-2013 |
| BER | C | DRESS FOR SUCCESS | 05-02-2013 | 05-02-2013 |
| BER | C | 21ST CENTURY MONEY | 04-05-2013 | 05-06-2013 |
| BER | C | CONSUMER ECONOMICS | 04-04-2013 | 05-06-2013 |
| BER | C | RESUME WRITING | 03-25-2013 | 05-01-2013 |
| EST | W | GED MILLIGAN 7:30-9M-F(PG6) | 11-08-2011 | 01-17-2013 |
| EST | C | MY CHILDREN & ME (PG#6) | 12-23-2011 | 01-27-2012 |
| EST | C | FDIC CHECK IT OUT (#3 PF) | 10-24-2011 | 11-15-2011 |
| EST | C | LISTENING TO CHILDREN (PG#6) | 08-12-2011 | 10-13-2011 |
| EST | C | INFECTIOUS DISEASE PREVT(HN#1) | 07-20-2011 | 07-20-2011 |
| MCK | W | GED M-F,1400-1530, CLASSROOM 1 | 05-03-2011 | 05-03-2011 |
| MCK | C | GED CLASSROOM 1,1000-1130 M-F | 03-15-2011 | 05-03-2011 |
| CLP | W | GED 0730-1030 R5 TUES/THURS | 08-16-2010 | 01-05-2011 |
| CLP | C | STRETCHING CLASS | 02-08-2010 | 03-05-2010 |
| CLP | C | ADVANCED PILATES CLASS | 02-08-2010 | 03-05-2010 |
| CLP | C | ADVANCED JUMP ROPE | 02-08-2010 | 03-05-2010 |
| CLP | C | ADVANCED CIRCUIT TRAINING | 02-08-2010 | 03-05-2010 |
| CLP | C | ADVANCED SPINNING | 11-02-2009 | 12-20-2009 |
| CLP | W | ACE BEHAVIOR DEVELOPMENT | 06-22-2009 | 06-22-2009 |
| CLP | C | RPP GROWTH #6 | 08-29-2009 | 08-29-2009 |
| CLP | C | RPP CCM,USPO,RRC,SOC SECUITY | 08-29-2009 | 08-29-2009 |



**Individualized Needs Plan - Program Review  (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: VIRUET, GEORGE  01193-748

SEQUENCE: 00844691
Team Date: 04-19-2022

| SubFacl | Action | Description | Start | Stop |
|---------|--------|-------------|-------|------|
| CLP | C | ALTERNATIVE TO VIOLENCE | 06-17-2009 | 06-17-2009 |
| CLP | C | ALTERNATIVE TO VIOLENCE | 06-17-2009 | 06-17-2009 |
| CLP | C | SPORTS RULES | 04-29-2009 | 05-17-2009 |
| CLP | C | ELL ORIENTATION ACE | 04-23-2008 | 06-16-2008 |
| VIP | W | ENGLISH GED 12-1:30PM | 06-15-2005 | 03-06-2006 |
| VIP | W | GED 12:30-RECALL | 02-15-2005 | 06-15-2005 |
| LOM | W | GED AM JACOBSON | 09-25-2002 | 10-05-2004 |
| LOM | C | COMMITMENT TO CHANGE | 11-20-2003 | 04-04-2004 |
| LOM | C | BREAKING BARRIERS 1 | 05-12-2004 | 06-08-2004 |
| LOM | C | CODE ORIENTATION | 10-06-2003 | 03-29-2004 |
| LOM | C | CODE ORIENTATION | 11-20-2003 | 04-13-2004 |

**Discipline History (Last 6 months)**

| Hearing Date | Prohibited Acts |
|--------------|-----------------|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

**Current Care Assignments**

| Assignment | Description | Start |
|------------|-------------|-------|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 08-23-2017 |
| CARE1-MH | CARE1-MENTAL HEALTH | 07-29-2010 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|------------|-------------|-------|
| C19-RCVRD | COVID-19 RECOVERED | 02-07-2022 |
| NO PAPER | NO PAPER MEDICAL RECORD | 11-09-2020 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 07-30-2011 |
| YES F/S | CLEARED FOR FOOD SERVICE | 11-05-2020 |

**Current Drug Assignments**

| Assignment | Description | Start |
|------------|-------------|-------|
| ED NONE | DRUG EDUCATION NONE | 02-17-2011 |

**FRP Payment Plan**

| Most Recent Payment Plan |
|--------------------------|

| **FRP Assignment:** | COMPLT | **FINANC RESP-COMPLETED** | **Start: 02-20-2003** |
|---|---|---|---|

| **Inmate Decision:** | AGREED | $25.00 | **Frequency: SINGLE** |
|---|---|---|---|
| **Payments past 6 months:** | $0.00 | | **Obligation Balance: $0.00** |

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|-----|------|--------|---------|---------|--------|
| 1 | ASSMT | $200.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

*** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ***

**FRP Deposits**

Trust Fund Deposits - Past 6 months:   $800.00          Payments commensurate ?   N/A

New Payment Plan:   ** No data **

**Current FSA Assignments**

| Assignment | Description | Start |
|------------|-------------|-------|
| FTC INELIG | FTC-INELIGIBLE-REVIEWED | 12-05-2019 |
| INELIG AUT | FTC-INELIGIBLE OFF CODE - AUTO | 12-17-2019 |
| N-ANGER Y | NEED - ANGER/HOSTILITY YES | 01-17-2022 |
| N-ANTISO Y | NEED - ANTISOCIAL PEERS YES | 01-17-2022 |
| N-COGNTV N | NEED - COGNITIONS NO | 01-17-2022 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-30-2021 |
| N-EDUC N | NEED - EDUCATION NO | 01-17-2022 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 01-17-2022 |

**Individualized Needs Plan - Program Review   (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: VIRUET, GEORGE  01193-748

SEQUENCE: 00844691
Team Date: 04-19-2022

| Assignment | Description | Start |
|---|---|---|
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 01-17-2022 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 01-17-2022 |
| N-MEDICL N | NEED - MEDICAL NO | 01-17-2022 |
| N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 01-17-2022 |
| N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 01-17-2022 |
| N-TRAUMA Y | NEED - TRAUMA YES | 01-17-2022 |
| N-WORK Y | NEED - WORK YES | 01-17-2022 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 04-18-2022 |

**Progress since last review**

Completed the following courses since last review: PERSONAL GWTH - 7HABITS RPP6 &  EXERCISE AND MENTAL HEALTH

**Next Program Review Goals**

Enroll in Anger Management or Parenting by next review. Anger Management is recommended due to the FSA Needs Assessment. Parenting is recommended due to having a dependent under 18.

**Long Term Goals**

Complete the Residential Challenge Program by 4/2024. Enroll in and complete any VT course by 4/2027.

**RRC/HC Placement**

No.
Management decision - Life Sentence. Should a PRD be presented, will be evaluated 17-19 months prior.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources
- Offense
- Prisoner
- Court Statement
- Sentencing Commission

**Comments**

No RRC due to life sentence.

Finance/Poverty Need Screen
Is there documentation in the PSR of any of the following?
__ Any history of Bankruptcy
xx__ No bank account
xx__ No assets nor liabilities noted in PSR
__ Debts noted in Credit Report or other sources
__ Tax Liabilities/back taxes
__ Unpaid alimony/child support
__ other indications of lack of financial management skills (specify)
_____

YES __xx____ NO _____ (if any of the above, check yes)
If the answer is yes, the inmate has a financial/poverty skills need.

# Bureau of Prisons
## Health Services
### COVID-19 AG

| | | |
|---|---|---|
| Begin Date: 11/08/2021 | End Date: | 02/08/2022 |
| Reg #: 01193-748 | Inmate Name: VIRUET, GEORGE | |

(Reference Range - Negative)

| Effective Date | COVID-19 AG | | Provider |
|---|---|---|---|
| 01/25/2022 13:45 POX | Positive | Asymptomatic | Pippen, Rachel Phlebotomist |

**Orig Entered:** 01/25/2022 14:46 EST  Pippen, Rachel Phlebotomist

**Total:** 1

EXhibiT
# 4 - A.

# Bureau of Prisons
# Health Services
# Health Problems

Exhibit
4-B

| Reg #: 01193-748 | Inmate Name: VIRUET, GEORGE |
|---|---|

| **Description** | | **Axis** | **Code Type** | **Code** | **Diag. Date** | **Status** | **Status Date** |
|---|---|---|---|---|---|---|---|

## Current

**External hemorrhoids with other complication** ✳

| Description | | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|---|
| 12/09/2020 13:17 EST | Kirkham, L. NP | III | ICD-9 | 455.5 | 07/25/2014 | Current | 12/09/2020 |
| 8 O'clock | | | | | | | |
| 11/18/2020 12:47 EST | Kirkham, L. NP | III | ICD-9 | 455.5 | 07/25/2014 | Resolved | 11/18/2020 |
| 8 O'clock | | | | | | | |
| 07/25/2014 10:19 EST | Rush, Joe PA-C | III | ICD-9 | 455.5 | 07/25/2014 | Current | 07/25/2014 |
| 8 O'clock | | | | | | | |
| Osteoarthrosis involv mult sites, not generalized | | | | | | | |
| 06/29/2010 14:43 EST | Michel, Gilbert MLP | III | ICD-9 | 715.8 | 09/01/2009 | Current | 09/01/2009 |
| 09/01/2009 11:07 EST | Cintron, Miguel A MD | III | ICD-9 | 715.8 | 09/01/2009 | Current | 09/01/2009 |
| Other specified disorders of joint | | | | | | | |
| 04/02/2013 14:24 EST | Tucker, S. MLP | III | ICD-9 | 719.8 | 04/02/2013 | Current | 04/02/2013 |
| Anemia, unspecified ✳ | | | | | | | |
| 01/30/2019 11:14 EST | Li, Richard MD | | ICD-10 | D649 | 01/30/2019 | Current | |
| Cannabis Use Disorder, Mild | | | | | | | |
| 09/22/2021 16:26 EST | King, C. PhD, Challenge Coordinator | I | DSM-IV | F12.10 | 08/24/2021 | Current | |
| In sustained remission, in a controlled environment | | | | | | | |
| Unsp disorder of middle ear and mastoid ✳ | | | | | | | |
| 08/16/2021 11:58 EST | Kirkham, L. NP | | ICD-10 | H7490 | 08/16/2021 | Current | |
| ear effusion, RT | | | | | | | |
| Unspecified disease of inner ear | | | | | | | |
| 06/22/2021 13:25 EST | Lyons, T. FNP-C ✳ | | ICD-10 | H8390 | 06/22/2021 | Current | |
| fluid | | | | | | | |
| Tinnitus | | | | | | | |
| 08/16/2021 11:58 EST | Kirkham, L. NP ✳ | | ICD-10 | H9319 | 08/16/2021 | Current | |
| bilateral | | | | | | | |
| Dental caries | | | | | | | |
| 05/06/2020 10:38 EST | Vazquez-Diaz, Pio DMD | | ICD-10 | K029 | 01/15/2019 | Current | |
| tooth #16 | | | | | | | |

| Reg #: 01193-748 | Inmate Name: VIRUET, GEORGE |
|---|---|

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 01/15/2019 09:38 EST  Vazquez-Diaz, Pio DMD | | ICD-10 | K029 | 01/15/2019 | Current | |
| tooth #1 | | | | | | |
| Pulpitis | | | | | | |
| 05/06/2020 10:38 EST  Vazquez-Diaz, Pio DMD | | ICD-10 | K040 | 05/06/2020 | Current | |
| tooth #16 | | | | | | |
| Chronic apical periodontitis  ✳ | | | | | | |
| 01/15/2019 09:38 EST  Vazquez-Diaz, Pio DMD | | ICD-10 | K045 | 01/15/2019 | Current | |
| tooth #1 | | | | | | |
| Gingivitis                              ✱ | | | | | | |
| 08/21/2017 09:22 EST  Vazquez-Diaz, Pio DMD | | ICD-10 | K0510 | 08/21/2017 | Current | |
| Periodontitis | | | | | | |
| 10/13/2021 13:40 EST  Gonzalez-Diaz, Sebastian DMD, CDO | | ICD-10 | K0530 | 10/05/2021 | Current | |
| Disorder of gingiva and edentulous alveolar ridge | | | | | | |
| 02/13/2020 10:41 EST  Vazquez-Diaz, Pio DMD | | ICD-10 | K069 | 02/13/2020 | Current | |
| Diverticulosis of intestine   ✳ | | | | | | |
| 04/12/2021 09:23 EST  Kirkham, L. NP | | ICD-10 | K5790 | 04/12/2021 | Current | |
| per colonoscopy 4/8/2021 | | | | | | |
| Constipation, unspecified | | | | | | |
| 12/09/2020 13:17 EST  Kirkham, L. NP | | ICD-10 | K5900 | 12/09/2020 | Current | |
| Disease of digestive system, unspecified  ✳ | | | | | | |
| 12/09/2020 13:07 EST  Kirkham, L. NP | | ICD-10 | K929 | 07/18/2018 | Current | 12/09/2020 |
| 11/18/2020 12:49 EST  Kirkham, L. NP | | ICD-10 | K929 | 07/18/2018 | Resolved | 11/18/2020 |
| 07/18/2018 14:37 EST  Miranda, Jeannette FNP-BC | | ICD-10 | K929 | 07/18/2018 | Current | |
| Osteophyte, unspecified joint | | | | | | |
| 12/21/2016 13:34 EST  Rush, Joe PA-C | | ICD-10 | M2570 | 12/21/2016 | Current | |
| Multiple | | | | | | |
| Counseling, unspecified | | | | | | |
| 09/22/2017 11:03 EST  Duarte-Chipi, Ana MLP | | ICD-10 | Z719 | 09/22/2017 | Current | |

## Resolved

| Dermatophytosis groin & perianal  (Tinea cruris) | | | | | | |
|---|---|---|---|---|---|---|
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 110.3 | 01/26/2012 | Resolved | 04/24/2014 |
| 04/24/2014 09:18 EST  Steffan, Dave PA | III | ICD-9 | 110.3 | 01/26/2012 | Resolved | 04/24/2014 |

| Reg #: 01193-748 | Inmate Name: VIRUET, GEORGE | | | | | |
|---|---|---|---|---|---|---|

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 01/26/2012 16:24 EST  Eneje, V. MLP | III | ICD-9 | 110.3 | 01/26/2012 | Current | 01/26/2012 |
| Dermatophytosis of foot (Tinea pedis) | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 110.4 | 10/04/2011 | Resolved | 04/24/2014 |
| 04/24/2014 09:18 EST  Steffan, Dave PA | III | ICD-9 | 110.4 | 10/04/2011 | Resolved | 04/24/2014 |
| 10/04/2011 08:33 EST  Eneje, V. MLP | III | ICD-9 | 110.4 | 10/04/2011 | Current | 10/04/2011 |
| Acute pain due to trauma | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 338.11 | 11/10/2008 | Resolved | 11/10/2008 |
| 11/05/2010 09:43 EST  Carver, Robert M.D. | III | ICD-9 | 338.11 | 11/10/2008 | Resolved | 11/10/2008 |
| 11/10/2008 13:39 EST  Fernandez, Sonia MLP | III | ICD-9 | 338.11 | 11/10/2008 | Current | 11/10/2008 |
| Visual loss, unspecified | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 369.9 | 12/29/2008 | Resolved | 12/29/2008 |
| 12/29/2008 12:08 EST  Roman, Rafael MD | III | ICD-9 | 369.9 | 12/29/2008 | Resolved | 12/29/2008 |
| Allergic rhinitis, cause unspecified | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 477.9 | 01/26/2012 | Resolved | 04/24/2014 |
| 04/24/2014 09:18 EST  Steffan, Dave PA | III | ICD-9 | 477.9 | 01/26/2012 | Resolved | 04/24/2014 |
| 01/26/2012 16:24 EST  Eneje, V. MLP | III | ICD-9 | 477.9 | 01/26/2012 | Current | 01/26/2012 |
| Influenza-Like-Illness (ILI) | | | | | | |
| 03/21/2016 07:01 EST  Steffan, Dave PA | III | ICD-9 | 488.1A | 02/13/2015 | Resolved | 03/21/2016 |
| 02/13/2015 07:17 EST  Steffan, Dave PA | III | ICD-9 | 488.1A | 02/13/2015 | Current | 02/13/2015 |
| Oral aphthae | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 528.2 | 10/04/2011 | Resolved | 01/29/2014 |
| 01/29/2014 11:48 EST  Rush, Joe PA-C | III | ICD-9 | 528.2 | 10/04/2011 | Resolved | 01/29/2014 |
| 10/04/2011 10:56 EST  Rhodes, Y. DDS | III | ICD-9 | 528.2 | 10/04/2011 | Current | 10/04/2011 |
| Oral aphthae | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 528.2 | 09/22/2009 | Resolved | 01/29/2014 |
| 01/29/2014 11:47 EST  Rush, Joe PA-C | III | ICD-9 | 528.2 | 09/22/2009 | Resolved | 01/29/2014 |
| 09/22/2009 07:41 EST  McCullough, Ray M. DDS | III | ICD-9 | 528.2 | 09/22/2009 | Current | 09/22/2009 |
| Oth and unspec noninfectious gastroenteritis | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 558.9 | 06/05/2008 | Resolved | 06/05/2008 |
| 11/05/2010 09:43 EST  Carver, Robert M.D. | III | ICD-9 | 558.9 | 06/05/2008 | Resolved | 06/05/2008 |
| 06/05/2008 13:38 EST  Georgy, Hossam MLP | III | ICD-9 | 558.9 | 06/05/2008 | Current | 06/05/2008 |
| Other local infections of skin and subcutan tissue | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 686.8 | 03/29/2010 | Resolved | 04/24/2014 |
| 04/24/2014 09:18 EST  Steffan, Dave PA | III | ICD-9 | 686.8 | 03/29/2010 | Resolved | 04/24/2014 |

Reg #: 01193-748                          Inmate Name: VIRUET, GEORGE

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 03/29/2010 09:27 EST  Celestin, Jocelyn PA-C | III | ICD-9 | 686.8 | 03/29/2010 | Current | 03/29/2010 |
| Other specif diseases of hair and hair follicles | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 704.8 | 01/29/2014 | Resolved | 01/29/2014 |
|     right axillae | | | | | | |
| 01/29/2014 11:48 EST  Rush, Joe PA-C | III | ICD-9 | 704.8 | 01/29/2014 | Resolved | 01/29/2014 |
|     right axillae | | | | | | |
| Unspecified internal derangement of knee  ✷ | | | | | | |
| 11/18/2020 12:48 EST  Kirkham, L. NP | III | ICD-9 | 717.9 | 02/25/2010 | Resolved | 11/18/2020 |
| 02/25/2010 13:11 EST  Celestin, Jocelyn PA-C | III | ICD-9 | 717.9 | 02/25/2010 | Current | 02/25/2010 |
| Shoulder (pain in joint, shoulder region) | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 719.41 | 10/25/2013 | Resolved | 01/29/2014 |
|     right shoulder- bicipital tendonitis/overuse | | | | | | |
| 01/29/2014 11:47 EST  Rush, Joe PA-C | III | ICD-9 | 719.41 | 10/25/2013 | Resolved | 01/29/2014 |
|     right shoulder- bicipital tendonitis/overuse | | | | | | |
| 10/25/2013 11:08 EST  Rush, Joe PA-C | III | ICD-9 | 719.41 | 10/25/2013 | Current | 10/25/2013 |
|     right shoulder- bicipital tendonitis/overuse | | | | | | |
| Muscle weakness (generalized) | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 728.87 | 08/07/2013 | Resolved | 01/29/2014 |
|     DUE TO FASTING FOR A MONTH & OVEREXERCISE | | | | | | |
| 01/29/2014 11:47 EST  Rush, Joe PA-C | III | ICD-9 | 728.87 | 08/07/2013 | Resolved | 01/29/2014 |
|     DUE TO FASTING FOR A MONTH & OVEREXERCISE | | | | | | |
| 08/07/2013 14:19 EST  Lewis, K. ANP | III | ICD-9 | 728.87 | 08/07/2013 | Current | 08/07/2013 |
|     DUE TO FASTING FOR A MONTH & OVEREXERCISE | | | | | | |
| Other general symptoms | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 780.99 | 08/08/2014 | Resolved | 08/13/2014 |
| 08/13/2014 15:22 EST  Rush, Joe PA-C | III | ICD-9 | 780.99 | 08/08/2014 | Resolved | 08/13/2014 |
| 08/08/2014 12:30 EST  Lingenfelter, Megan PA-C | III | ICD-9 | 780.99 | 08/08/2014 | Current | 08/08/2014 |
| Nausea with vomiting | | | | | | |
| 03/21/2016 07:01 EST  Steffan, Dave PA | III | ICD-9 | 787.01 | 02/13/2015 | Resolved | 03/21/2016 |
| 02/13/2015 08:06 EST  Steffan, Dave PA | III | ICD-9 | 787.01 | 02/13/2015 | Current | 02/13/2015 |
| Diarrhea | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 787.91 | 01/27/2009 | Resolved | 04/30/2014 |
| 04/30/2014 09:54 EST  Rush, Joe PA-C | III | ICD-9 | 787.91 | 01/27/2009 | Resolved | 04/30/2014 |
| 04/24/2014 09:24 EST  Steffan, Dave PA | III | ICD-9 | 787.91 | 01/27/2009 | Current | 04/24/2014 |
| 11/05/2010 09:43 EST  Carver, Robert M.D. | III | ICD-9 | 787.91 | 01/27/2009 | Resolved | 01/27/2009 |
| 01/27/2009 12:54 EST  Fernandez, Sonia MLP | III | ICD-9 | 787.91 | 01/27/2009 | Current | 01/27/2009 |

Reg #:  01193-748                          Inmate Name:  VIRUET, GEORGE

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Eye, superficial injury** | | | | | | |
| 03/21/2016 09:04 EST  Steffan, Dave PA | III | ICD-9 | 918.9 | 06/08/2015 | Resolved | 03/21/2016 |
| 06/08/2015 15:51 EST  Steffan, Dave PA | III | ICD-9 | 918.9 | 06/08/2015 | Current | 06/08/2015 |
| Other injury of other, specif, and multiple sites | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 959.8 | 11/30/2009 | Resolved | 01/29/2014 |
|     Blister- right foot | | | | | | |
| 05/06/2014 06:46 EST  Rush, Joe PA-C | III | ICD-9 | 959.8 | 11/30/2009 | Resolved | 01/29/2014 |
|     Blister- right foot | | | | | | |
| 01/29/2014 11:48 EST  Rush, Joe PA-C | III | ICD-9 | 959.8 | 11/30/2009 | Resolved | 01/29/2014 |
|     sport injury on 11/29/09 | | | | | | |
| 11/30/2009 12:34 EST  Celestin, Jocelyn PA-C | III | ICD-9 | 959.8 | 11/30/2009 | Current | 11/30/2009 |
|     sport injury on 11/29/09 | | | | | | |
| Anemia, unspecified | | | | | | |
| 11/18/2020 12:48 EST  Kirkham, L. NP | | ICD-10 | D649 | 08/13/2019 | Resolved | 11/18/2020 |
| 08/13/2019 11:32 EST  Miranda, Jeannette FNP-BC | | ICD-10 | D649 | 08/13/2019 | Current | |
| Acute nasopharyngitis [common cold] | | | | | | |
| 11/18/2020 12:48 EST  Kirkham, L. NP | | ICD-10 | J00 | 03/21/2016 | Resolved | 11/18/2020 |
| 03/21/2016 09:04 EST  Steffan, Dave PA | | ICD-10 | J00 | 03/21/2016 | Current | |
| Gastritis without bleeding | | | | | | |
| 11/18/2020 12:48 EST  Kirkham, L. NP | | ICD-10 | K2970 | 10/25/2020 | Resolved | 11/18/2020 |
| 10/25/2020 16:29 EST  Adams, Harvey APRN,CNP/FNP | | ICD-10 | K2970 | 10/25/2020 | Current | |
| Low back pain | | | | | | |
| 11/18/2020 12:48 EST  Kirkham, L. NP | | ICD-10 | M545 | 08/22/2017 | Resolved | 11/18/2020 |
| 08/22/2017 14:01 EST  Criswell, Linda PA-C | | ICD-10 | M545 | 08/22/2017 | Current | |
| Unspecified disorder of synovium and tendon, multiple sites | | | | | | |
| 11/18/2020 12:49 EST  Kirkham, L. NP | | ICD-10 | M6799 | 09/09/2016 | Resolved | 11/18/2020 |
|     Synovitis Right Knee | | | | | | |
| 09/09/2016 11:30 EST  Rush, Joe PA-C | | ICD-10 | M6799 | 09/09/2016 | Current | |
|     Synovitis Right Knee | | | | | | |
| Pain, unspecified | | | | | | |
| 11/18/2020 12:48 EST  Kirkham, L. NP | | ICD-10 | R52 | 03/26/2018 | Resolved | 11/18/2020 |
|     right knee | | | | | | |
| 03/26/2018 09:38 EST  Miranda, Jeannette FNP-BC | | ICD-10 | R52 | 03/26/2018 | Current | |
|     right knee | | | | | | |
| Prediabetes | | | | | | |

Reg #:  01193-748                          Inmate Name:  VIRUET, GEORGE

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 11/18/2020 12:52 EST  Kirkham, L. NP | | ICD-10 | R7303 | 07/12/2017 | Resolved | 11/18/2020 |
|    A1C = 6.0 drawn 7/10/17 | | | | | | |
| 07/12/2017 08:37 EST  Mace-Leibson, Ellen DO CD | | ICD-10 | R7303 | 07/12/2017 | Current | |
|    A1C = 6.0 drawn 7/10/17 | | | | | | |
| Sprain of shoulder joint | | | | | | |
| 11/18/2020 12:48 EST  Kirkham, L. NP | | ICD-10 | S43409 | 05/23/2017 | Resolved | 11/18/2020 |
|    with anterior contusion left shoulder | | | | | | |
| 05/23/2017 11:14 EST  Rush, Joe PA-C | | ICD-10 | S43409 | 05/23/2017 | Current | |
|    with anterior contusion left shoulder | | | | | | |
| Injury of lower leg, unspecified | | | | | | |
| 09/09/2016 11:29 EST  Rush, Joe PA-C | | ICD-10 | S8990X | 06/24/2016 | Resolved | 09/09/2016 |
|    left- contusion tibia/ soft tissue hematoma | | | | | | |
| 06/24/2016 08:53 EST  Rush, Joe PA-C | | ICD-10 | S8990X | 06/24/2016 | Current | |
|    left- contusion tibia/ soft tissue hematoma | | | | | | |
| Confirmed case COVID-19 | | | | | | |
| 02/07/2022 08:42 EST  Lyons, T. FNP-C | | ICD-10 | U07.1 | 01/25/2022 | Resolved | 02/07/2022 |
| 01/25/2022 15:13 EST  Lyons, T. FNP-C | | ICD-10 | U07.1 | 01/25/2022 | Current | |
| Suspect/probable COVID-19 case    ✳ | | | | | | |
| 08/05/2020 12:46 EST  Torres, M. RN/IOP/IDC | | ICD-10 | U07.2 | 07/22/2020 | Resolved | 08/05/2020 |
|    Updating BEMR as per sentry quest swabbed 7-22-2022 | | | | | | |
| 07/22/2020 14:50 EST  Wheeling, Linda FNP-C | | ICD-10 | U07.2 | 07/22/2020 | Current | |
|    quest swabbed 7-22-2020 | | | | | | |
| Counseling NOS | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | V65.40 | 08/20/2012 | Resolved | 04/24/2014 |
| 04/24/2014 09:18 EST  Steffan, Dave PA | III | ICD-9 | V65.40 | 08/20/2012 | Resolved | 04/24/2014 |
| 08/20/2012 12:25 EST  Eneje, V. MLP | III | ICD-9 | V65.40 | 08/20/2012 | Current | 08/20/2012 |
| Counseling NOS | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | V65.40 | 08/03/2011 | Resolved | 04/24/2014 |
| 04/24/2014 09:18 EST  Steffan, Dave PA | III | ICD-9 | V65.40 | 08/03/2011 | Resolved | 04/24/2014 |
| 08/03/2011 16:08 EST  Eneje, V. MLP | III | ICD-9 | V65.40 | 08/03/2011 | Current | 08/03/2011 |
| Other specified general medical examination | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | V70.8 | 04/30/2014 | Resolved | 04/30/2014 |
|    Well Visit | | | | | | |
| 04/30/2014 09:55 EST  Rush, Joe PA-C | III | ICD-9 | V70.8 | 04/30/2014 | Resolved | 04/30/2014 |
|    Well Visit | | | | | | |
| Coronavirus COVID-19 test negative | | | | | | |

| Reg #: 01193-748 | Inmate Name: VIRUET, GEORGE |
|---|---|

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 01/25/2022 15:12 EST  Lyons, T. FNP-C | | ICD-10 | Z03818- | 01/10/2022 | Resolved | 01/25/2022 |
| 01/14/2022 11:11 EST  Lyons, T. FNP-C | | ICD-10 | Z03818- | 01/10/2022 | Current | 08/12/2021 |
| 09/24/2021 15:44 EST  Lyons, T. FNP-C | | ICD-10 | Z03818- | 09/22/2021 | Current | 08/12/2021 |
| 08/30/2021 15:04 EST  Lyons, T. FNP-C | | ICD-10 | Z03818- | 08/30/2021 | Current | 08/12/2021 |
| 08/12/2021 11:05 EST  Kirkham, L. NP | | ICD-10 | Z03818- | 08/12/2021 | Current | 08/12/2021 |
| 08/02/2021 11:52 EST  Lyons, T. FNP-C | | ICD-10 | Z03818- | 08/02/2021 | Current | |
| 07/27/2021 09:29 EST  Lyons, T. FNP-C | | ICD-10 | Z03818- | 07/26/2021 | Current | |
| 04/07/2021 11:37 EST  Lyons, T. FNP-C | | ICD-10 | Z03818- | 04/06/2021 | Current | |
| 11/25/2020 10:27 EST  Lyons, T. FNP-C | | ICD-10 | Z03818- | 11/19/2020 | Current | |
|      Updating BEMR as per sentry | | | | | | |
| 11/05/2020 15:25 EST  Lyons, T. FNP-C | | ICD-10 | Z03818- | 11/05/2020 | Current | |
|      Updating BEMR as per sentry | | | | | | |
| 08/05/2020 12:46 EST  Torres, M. RN/IOP/IDC | | ICD-10 | Z03818- | 08/03/2020 | Current | |
|      Updating BEMR as per sentry | | | | | | |
| Quarantine - asymptomatic person in quarantine | | | | | | |
| 02/07/2022 08:42 EST  Lyons, T. FNP-C | | ICD-10 | Z0489-q | 01/25/2022 | Resolved | 02/07/2022 |
|      isolation | | | | | | |
| 01/25/2022 15:12 EST  Lyons, T. FNP-C | | ICD-10 | Z0489-q | 01/25/2022 | Current | 01/25/2022 |
|      isolation | | | | | | |
| 09/24/2021 15:44 EST  Lyons, T. FNP-C | | ICD-10 | Z0489-q | 08/30/2021 | Resolved | 09/24/2021 |
| 08/30/2021 15:05 EST  Lyons, T. FNP-C | | ICD-10 | Z0489-q | 08/30/2021 | Current | 08/30/2021 |
| 08/12/2021 11:05 EST  Kirkham, L. NP | | ICD-10 | Z0489-q | 08/12/2021 | Resolved | 08/12/2021 |
| 07/27/2021 09:29 EST  Lyons, T. FNP-C | | ICD-10 | Z0489-q | 07/23/2021 | Current | 07/27/2021 |
| 11/25/2020 10:27 EST  Lyons, T. FNP-C | | ICD-10 | Z0489-q | 09/17/2020 | Resolved | 11/25/2020 |
| 10/01/2020 17:42 EST  Torres, M. RN/IOP/IDC | | ICD-10 | Z0489-q | 09/17/2020 | Current | |

**Total:** 54

Case 1:99-cr-01104-LDH   Document 208   Filed 07/11/22   Page 52 of 71 PageID #: 305

Dear Honorable Judge Sterling Johnson Jr.                    6/24/2022

My name is LeRon Alexander #14392-179. I am writing this letter for my friend and brother George Viruet. I refer to George as a brother, even though he is not my biological brother, but he is much more than a friend. Like George, I am serving a lengthy sentence (89 years). I have been incarcerated for nearly 20 years. George and I arrived here at USP Pollock a few days apart; approximately, 20-21 months ago. I had just arrived from 8 months at a Detention Center in Conroe, Texas called Joe Corely. I was on Covid/lockdown-quarentine; and just prior to that, I came straight from a Texas State prison after 17.5 years. I believe it is imperative that I explain this for you to understand the state of mind I was in, upon me landing here at Pollock.

Only a few days within my arrival here, there was a horrific racial riot, in which many people were injured and hospitalized to say the least. I was still being held in quarentine, and from my window's view, I saw stretcher after stretcher (or gurney) being rushed to the prison's infirmary and then to the hospital. I will be the first to admit: I was nervous, paranoid, border line schizophrenic, and down right frightened! It was already brought to my knowledge that I was being held at one of the most dangerous prisons in the United States of America. I had heard the rumors and all of the prison "cliches," "You need a weapon as soon as you step foot into USP Pollock!" This is the tyrannical gladiator type of mentality that is spread about these places, (USP's) and Pollock is amongst the worst!

After quarentine I was moved into the cell with George—

Within minutes, he begins telling me the [RULES] of the cell, much to my chagrin. Immediately, I am feeling awkward and little defensive. For starters, I am a 50-year-old African American from small-town Louisiana, and George is a 49-year-old Puerto Rican from Brooklyn, New York that out weighs me by nearly sixty pounds easily. It's safe to say I am tense.

That first night was uneasy; I could not sleep, and neither could he. In these hostile conditions one can never be too sure about anyone — especially on the first night. Nevertheless, just as I finally dosed off at five in the morning — completely caught off guard, George awakens me and asks me if I would like to pray with him! I say, "Sure," and I get out of the bed and I offer a prayer with him, which was a welcome start for a new cellmate, albeit, a bit unusual. At any rate, as the morning progressed, I asked George in all honesty did he think that I needed a weapon of sorts to survive in this place? George looks at me with the most earnest face, and he says to me: "Look, my man, in 22 years I've never owned a weapon, nor do I allow anyone who has a weapon to live with me." And then he said, "If they don't want to comply, I pack my property and (I) move — simple as that. A weapon is the worst thing you could have for many reasons. If you have one now, you'll convince yourself you'll need it in society." And that was what I remember about my first real conversation with George. This was within the first 24 hours I had known George. I could see in my periphery he had placed the Rules of the cell on the table: [No drugs of any kind, No smoking, No drinking etc...]

I just smiled, because I knew God had heard my prayer and given me a good room mate because never had I owned a Weapon, nor felt I needed one before coming here to Pollock. These thoughts were ones I had never considered, and the drugs, smoking, and drinking were not any vices I confided in. It turned out George and I had much in common and we were both staunch advocates for change.

When you live in a small bathroom-sized cell with a person, especially in a prison that stays locked down perennially due to senseless violence, and now with the advent of covid, you get to know a person in ways many others do not. And to this day George and I are still cell-mates. I've witnessed George lose his mother during a lengthy lockdown. I have also seen George deathly ill with covid. I see a selfless individual who loves to eat, but who would rather feed someone else who is less fortunate. And that is very hard to do.

George was the person who convinced me to come to the Challenge Program. It was one of the most fulfilling things I've ever done. George and I are amongst the oldest guys who are participating in the Challenge Program. This has allowed George to share his story with younger men who are/were headed in the same direction that he was. I watch him work tirelessly to get young men to go away from the life of gangs. George constantly tells them that with gang life: "Dead or Prison is all you can expect." He "show's" young men how to forgive themselves, how to love themselves, and how to evolve from the criminal lifestyle. And more importantly he "teaches" about the countless

Case 1:99-cr-01104-LDH   Document 208   Filed 07/11/22   Page 55 of 71 PageID #: 308

people/victims that are affected for the choices we make. In George, I don't see a perfect individual, in fact, quite the opposite. I've observed George crying in his sleep on many nights. I know he suffers nightmares from his previous life style that still haunts him. But one thing I can attest to about George — George is heartily sorry for his past actions. He is deeply troubled and doubly committed to being a better man.

George has three children: two sons, and a daughter, although, George loves his sons, his daughter is his heart. He teaches his children through letters, calls, and emails. George has a big heart and it extends to everyone he encounters, especially young offenders and at risk youth. George also dedicates time to a young amateur boxer "Jacob". Jacob is a 14-15-year-old autistic son of one of his childhood friends, Guadalupe Gonzalez

Jacob lost his father a few years ago so George mentors Jacob as often as he can. In addition, Jacob has an older sister Gabriella        , who has recently suffered an automobile accident which greatly damaged her vision. George constantly writes, calls, sends cards, and whatever gifts he can make or purchase for her. George loves them and he is committed to helping keep them along with his children away from gangs and bad influences.

George is a very decent man and he has a strong spiritual connection with the Creator. George is a docile human being that anyone would be happy to have as a neighbor, because George has an affinity for elders and youth. George is a very soft-spoken guy who has many skills and he's spent many years working in the food service arena, and unicor. George is a

Pg. 5 of 5

man of substance. George is prepared to go to work immediately. He also wants to speak with at risk youths and fatherless adolescents who struggled with peer pressure and are easily influenced, and have self-esteem issues, "before" they look toward gangs and/or drugs. Your Honor, I realize I am a convicted criminal and my word isn't valued, esteemed, or highly respected any more due to my past choices, so I urge you not to just take my word; speak with the Doctor King who runs the Challenge Program or the C.T.S. Workers, Mrs. Hastings, Mr. Smith, or Mrs. Davis about George's character. Even the C.O.'s that work the wing/unit during or after Programming will attest to this man's inner and outer light. You will not be disappointed if you give George a reduction in sentence/ immediate release! I believe in my heart George is an exception... Simply put: George will merge with with society, and pay taxes, be a good father, neighbor, mentor, and anti-gang advocate, and the true meaning of evolution and asset to the Greater Society and humanity! Your Honor, in prison a man whose lost everything and has a life sentence only has his word — something as a man of faith I don't relinquish easily, but I give you my word for what it's worth **this** man is who I say he is, and I <u>humbly</u> with all my heart ask you to inquire about this man and give deep thought and Grant this to George.  Thanks for your patience and time

Sincerely,

LeRon Alexander

Leron Alexander #14392-179

June 28, 2022

Honorable Judge Sterling Johnson Jr.,

My name is "William Brown - 41143-050 and I am a "mentor" in the challenge program at USP Pollock. It is with great pleasure that I have this opportunity to write this letter on behalf of George Anthony Viruet - 01193 - 748 regarding consideration of the compassionate release motion that has been filed.

I have had the privilege to meet Mr. Viruet the very first day he entered the challenge program and it is throughout that time I've witnessed his efforts, his devotion, his love and knowledge on ways to better himself as well as to see to the betterment to those around him. His thirst for positive change has aspired myself and others to put forth the effort to follow in his shoes. After seeing this, I knew Mr. Viruet would demonstrate the application of the program and utilize the program tools to his advantage to prepare himself for society and the granting of his motion. He goes on to stress that responsible men learn from their past to brighten their futures...

He then stressed the importance that responsible men contribute towards building their communities in a positive way and not play a negative role in destroying it.

Mr. Viruet feedback installed Hope and it brought improvement to this program community and it made accepting change come alot more easier. He has the ability to bring out the best in people, his leader~ ship qualities and teachable spirits can be used to help trouble youth overcome their struggles and find that sense of meaning and purpose in their lives.

If we had ████████████ MORE ↓ Mr. Viruet in our communities, the world be a better place. Granting ~ Mr. Viruet this compassionate release will allow him to give back to society. I have no doubt that he will make the most of the opportunity to not only continue to grow and improve in his own life, but also motivate the growth and improvement in the lives of others. I believe an opportunity for his release will bring about much positive change in the world around him. I personally believe that any community of society will be improved because of him being a part of it. Thank you for allowing me this opportunity to have a voice for Mr. Viruet.

Respectfully, William Brown.

07·07·22

Dear Honorable Judge Sterling Johnson Jr.

Greetings to you sir and God willing may everything
be well with you. Today Im writting you this leter sir
to briefly talk to you about my relationship with
Mr. George Viruet with the hopes of giving you a better
insight into who Mr. Viruet is today, the man that
he has become.

Me and Mr. Viruet met about 9 months ago here at the
challenge program in U.S.P Pollock, where many of us
come looking for something different than the regular
violent and dangerous U.S.P lifestyle. Mr. Viruet
was a easy person to develope a friendship with,
he's social and very welcoming, all to my surprise
after learning how long he has been in prison for.

My usual encounters with people who been in jail
for that long is completely different from the one I
had with him, the other guys are usually standoffish
or really stay to themselves, Mr. Viruet has no problem
meeting people and getting along with them, it
was only natural that we ended up building a
friendship. Mr. Viruet is a very honest man, he once told
me about his past involvement with the gang lifestyle
(something that I was struggling with at the time) and
how his new found faith helped get away from it all.
I admired his confidence and courage and in fact
he gave me advice and feedback that helped me

eventually get out of the gang lifestyle myself.

I value and admire Mr. Viruets determination to redeem himself to his family, especially to his daughter who's upbringing he missed because of his actions. He share's with me his hopes of reuniting with his family and contributing to society this time by doing good and giving back, helping to heal by talking to the youth and help to guide them away from the gang and criminal lifestyle he once lived, like he did with me.

Sir Judge I wish you can see the man Mr. Viruet is, its hard for me to even imagine he comitted the crimes he did, based on what I see now. Still, they were done and I know because Mr. Viruet holds himself accountable and responsible for the things he's done. But your Honor, I believe that Mr. Viruet certainly will be an asset to society, and deserves a chance to prove it.

I thank you for taking your time to read my letter, I hope it has giving you a better understanding of who Mr. George Viruet is today, God willing. Have a great day sir.

Sincearly,

Juan A. Valdez #78836-054

07.07.22

May 15, 2022

To: Honorable Judge Sterling Johnson Jr.

My Name is Felix Lopez~ Cabrera and I am Currently A "Mentor" For The Men's ~ Residential Substance Abuse / Mental Health Program known as: (The Challenge Program) At The United States Penitentiary, Pollock, Louisiana. I Have Taken Great pride in and Have Much Respect For All The Men who Make The Decision To Commit To making Long~Term, positive Change in Their Lives while Incarceration.

According To The Federal Bureau of Prisons, (The Challenge Program) is a "Unit~Based, Residential Program Developed For Inmates in Penitentiary settings." The Challenge program Provides Treatment To Inmates with substance Abuse problems and/or Mental Illness and Offers Cognitive Behavioral Therapy Oriented Treatment Programming wrapped within The Therapeutic Community Model." Completion Of The program Required (500 Contact Hours.) i.e., Face~To~Face Contact Between Treatment staff and Inmates Participants, Over No less than 12 months of Programming. Various Group and Individual Therapeutic Activities Take Place Over a "Three phase, Nine~Month To One Year period, On Average, and Provide program participants with The Opportunity To Develop and Apply New Skills.

2.

All activities are Designed To take place in a modified Therapeutic Community where all participants Have a Common mission and Goal. THE CHALLENGE PROGRAM Is Based ON The "BELIEF THAT INDIVIDUALS HAVE THE NECESSARY POWER TO CHANGE IF GIVEN THE RIGHT Tools And THE OPPORTUNITY TO DO SO". participants Learn New Skills To Examine Their Own personal Beliefs and Assumptions, in order That Better Decisions can Be Made and Problem Solving is More Effective and productive. "The challenge program is About making a (TRANSITION) From Former Negative, Criminal Lifestyles To a New, Honorable, and more positive ways of Living". It is Intended For "MEN INTERESTED IN MAKING POSITIVE LIFESTYLE CHANGES".

On, or, About •March 01, 2021. Mr. George Viloet, Formally Initiated His Treatment Here in The Challenge program, and Has Been Actively participating until present Date. As It is my Responsibility To Help and Assist participants Overcome Adversity and strive To Achieve Our common and Individual Goals. As a MENTOR To The Program participants I can personally Attest To Mr. Viruet Extraordinary Progress as a programmer and Person Since His Time in The Program. Through Additional Consultation with other Community members as well as Other MENTORS In The program, Mr. Viruet Has Consistently Demonstrated Continual Progression and Growth Towards His Treatment and Goals, And Through out His Interactions in the Whole Institutions.

3.

According To His "TREATMENT PLAN", Mr. Viluet Has Spent Over "ONE YEAR" working on His • "OVERALL PROGRESS, • Criminal LiFestyle (To Include a Disregard For Rules), • Substance Abuse (maintaining His Sobriety Since I've Known Him), • Communication DeFicit (Developing a Better style of Communication that can Allow Him To Be more Assertive and In doing So Faster More Appropriate and productive Interactions with members of His Community, The Institution, His Family, and Friends.) • Aggressive Behavior (Reflecting on Times when He Attempted To Resolve past Issues through Violence, and Now Learning To Identify Triggers and Hot Spots in order To Find Healthy Strategies to Mitigate emotional Responses, Reducing the Overall Level, FreQuency, and Intensity of Impatience and Intolerance So that Daily Functioning is Not Impaired.) • Emotional SelF. Regulation (Developing His Ability To Recognize, Accept, and cope with DiFficult Emotions that has Led Him To Experience Negative Consequences in His LiFe, and Managing them Accordingly By Focusing on The things He Can Control Rather than those He Cannot.) • Healthy Relationships (IdentiFying Negative Individuals He Surrounded Himself with, and Now Establishing a more positive, productive and Supportive Peer Group that Can Hold Him Accountable in the practice of a More "pro~Social LiFestyle.") In which The ultimate Goal is To Establish a Firm Boundary Between "Anti~Social & Pro~Social Behaviors. And Keeping the Betterment and Well~Being of Him SelF and others as the Main Priority.

4.

Mr. Viruet is Not Just Learning these Treatment Tools and Concepts, But He is Also Applying what He is Learning To His Life, This Shows A Favorable Prognosis Leading To a Level of Mastery Over all of His Interventions Upon Milestone (Completion of the program). Mr. Viruet Appears To Be Well Regarded By His Treatment Specialist and Staff, And Because of His Motivation and Determination, In Addition To His Strengths as a Participant and Favorable Prognosis I Feel Mr. Viruet Has Attained The Knowledge and Skills Necessary To Sustain "Long-Term POSITIVE CHANGE".

Mr. Viruet Remains Respectful and His Attitude and Demeanor is Consistently Genuine and Sincere, I can Honestly Say the Challenge Program Community can Greatly Benefit From His Contributions and Participation as a Programmer. I See His Commitment To Change and To the Betterment of Himself and Others, And The Authenticity He Shares in Working with other Participants. He Beyond Validates what I Expect From Participants, As a MENTOR my Expectations are For Participants To Have an Openess To Learn and Progress, Application of The Material Learned with His Peers and Personally, Accountability To Himself and Others, And Support For Everyone Striving For CHANGE.

Though I cannot Attest For what will Happen To Him in the Future,

Today I can comfortably say that I am proud of Him, and I wish many others would Aspire To the commitment To Betterment I see in Him And Hope He Takes the motivation and commitment "To Growth" with Him upon His Transition From this program. I strongly Believe that He Has Taken what He Already Learned through Out His Journey, Along with His Hopes and Dreams, and is on the Road To Lasting — Change!

With Warmest Regards;
MENTOR.
Lopez ~ Carbuera.

6·21·22

To: Honorable Judge Sterling Johnson jr.
From: Mr. Jerome P. Stroud IV

Re: George Viruet

Dear Judge Johnson,
     I'm writing you this letter in hope that you'll take what I say into consideration and grant my "big brother" another chance to be back with his love ones. Where his "big brothering" is needed most.
     Your Honor, I can't tell you how much George has changed because who I met 2½ years ago is the same positive "big brother" I was introduce to. His positive advice and encouragement has helped me get through some trying times when I've been tempted to revert back to my past. "Don't be stupid", "think about your family", and my favorite saying "to get better we have to be better". It's easy for me to adhere to his advice because he is older and been in prison a looong time, so I can only imagen what he's been through. That's why I said "Where his big brothering is needed most" because I believe he'll help allot of kids and young adults miss that bus that's headed to prison. If only I could've met him before I got on that bus...
                                      Thank you for your time

```
   POLKE         *        INMATE DISCIPLINE DATA        *      05-23-2022
   PAGE 001 OF 001 * CHRONOLOGICAL DISCIPLINARY LOG (CONDENSED) *   12:16:58

   REGISTER NO: 01193-748 NAME..: VIRUET, GEORGE
   FUNCTION...: PRT    FORMAT: CONDENSED LIMIT TO ___ MOS PRIOR TO 05-23-2022

   HEARING DT REPORT# PROHIBITED ACT / DESCRIPTION      SANCTION(STATUS) COMP LAW
   ---------- ------- --- ------------------------------ ---------------- ---- ---
4 - 04-06-2020 3385151 111AINTRODUCTION DRUGS/ALCOHOL    DIS GCT           010  V
                                                         DS
                                                         LP COMM
                                                         LP VISIT

3 - 06-25-2013 2459674 305 POSSESSING UNAUTHORIZED ITEM  LP COMM

2 - 02-23-2005 1310896 306 REFUSING WORK/PGM ASSIGNMENT  DS      (SUSP)
                                                         LP COMM

1 - 03-25-2003 1084968 201 FIGHTING WITH ANOTHER PERSON  DS


   G0005     TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

Exhibit # 3

TO: HONORABLE: Sterling JoHnson Jr.         7-6-2022

FROM: GEORGE VZRUET. #01193-748
RE: Discipline DATA.

I AM Writing To Explain How and why I
Received THese INcidenT ReporTs.
My FirsT IncidenT RepORT [03-25-2003] THAT
I Received WAS Because a GANG MeMber
WAS trying to [Force] Me To REjoin THe
gang, AFter I had Explained To THem THAT
I had [QuiT] THe GANG bAck in 1996,
And had to protect myself From THis
person.
My Second IncidenT Report [02-23-2005]
THAT I Received was due to me Being
Sick. I Tried to explain my situation
To THe education oFFicer THAT I was noT
Feeling good and needed to go to MedicAl,
BuT WAS told [NO]. So I left THe school
building ON THe NexT Move WITH ouT perMission
and wenT TO THe Medical building and was
Told THaT I had a Temp oF 102.

My THird IncidenT RepORT [06-25-2013]
THAT I Received was due to having a
Rock [sTone] THaT a Fellow softbAll
TeAM player THoughT it WAS Funny To puT in
My softbAll shoe, in till a New oFFicer lAter
THaT day SeArched My cell and Found THe>

Stone which lead to the Incident Report.

These First ③ Incident Reports I am guilty of, But the Fourth Incident Report I was a Victim of Circumstances, that I could not control.

My Fourth And Final Incident Report [04-06-2020] that I Received was due to my cellmate and another Inmate Being In Possession of an Illegal Substance called [K-2] and Since This illegal Substance was not Secured In my cellmates locker, I was Also charged with This substance of [K-2]. I Tried to Explain to the officer that my cellmate had just moved into my cell that same week. I Posed a question to the officer, of why would It wait Almost 20-years to try and introduce or deal drugs After all This time? I explained that nothing In my Record Indicates This type of behavior of dealing with any Kind of illegal Activity or Substance's with in the 22-years that I have been Incarcerated.

Sincerely.

George A. Veruet

Inmate Discipline Data

Enclosed

Exhibit #3

GEORGE ANTHONY VIRUET

Reg.# 01193-748

UNITED STATES PENITENTIARY
(POLLOCK)

P.O. BOX 2099

POLLOCK, LOUISIANA





U.S. POSTAGE PAID
POLLOCK, LA
JUL 08 22
AMOUNT
$0.00
R2304H108279-08
11201
1000

* LEGAL MAIL *

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK
(BROOKLYN DIVISION)

OFFICE OF THE CLERK, PRO SE

225 CADMAN PLAZA EAST

BROOKLYN, NY 11201



0 5354 5061
PRIORITY MAIL