To: Whom It May Concern

My name is George Anthony Vinuet

RE: Criminal Case No.: 1:99-cr-01104-SJ-4

I filed a Compassionate release on July 7, 2022 By certified mail to the United States district court of the eastern district of New York. [Brooklyn Division] Pro-Se Office. 225 Cadman plaza east Brooklyn N.Y. 11201.

I am writing to inform this office that a family member will be mailing this office a few character letters on my behalf to be added to my compassionate release if that is possible.

I am also writing to receive an up to date docket sheet showing that my compassionate release has be received By this court. I thank you for your help.

Sincerely,

George Vinuet
#01193-748

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 18 2022 ★
BROOKLYN OFFICE

JUL 18 2022
PRO SE OFFICE

George Williams 71/8200 2015SHREVEPORT LA 710
Federal Correctional Complex
U.S.P. Pollock
P.O. Box 2099
Pollock, LA 71467

15 MAR 2022 PM 2 L

To: The United States district court
of The eastern district of N.Y.
[ Brooklyn Divison ] PRO-Se
225 Cadman Plaza east Office
Brooklyn, N.Y. 11201

11201-183259