IN THE UNITED STATES DICTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

| USA | |
|---|---|
| *Plaintiff,* | DOCKET NO.: 1:99-cr-1104 |
| v. | **ENTRY OF APPEARANCE** |
| PIMENTEL, ET AL.. | |
| *Defendant.* | |

TO THE CLERK:

Please enter the appearance of Joseph D. Lento, Esquire as counsel on behalf of the Defendant, George Viruet in the above-entitled cause of action.

LENTO LAW GROUP, P.C.

By: *Joseph D. Lento*

Joseph D. Lento, Esquire
Lento Law Group
NY Bar ID 5718622
3000 Atrium Way – Ste 200
Mt. Laurel, NJ  08054
856-652-2000

Dated: July 15, 2022