

**Lento Law Group, P.C.**
3000 Atrium Way, Suite 200
Mount Laurel, NJ 08054
(856) 652-2000 (T)
(856) 375-1010 (F)
Joseph D. Lento, Esquire
Member of the NJ, NY and PA Bar
jdlento@lentolawgroup.com

July 29, 2022

Via: ECF
Hon. LaShann DeArcy Hall, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 4H North
Brooklyn, New York 11201

Re:   Viruet v. USA
      1:20-cv-01799-SJ (E.D.N.Y.)

      USA v. Pimentel et al
      1:99-cr-01104-LDH

Your Honor,

I am the attorney for George Viruet, who is a party to both of the above-captioned matters. I filed my notice of appearance in USA v. Pimentel earlier this week.

My client wishes to file for additional relief; however, the open Viruet v. USA docket is currently locked. I am writing to request permission to access that docket so that I may review the most recent filings there, and so that I may make the appropriate filings on my client's behalf.

I thank the Court for its kind attention to this matter.

Respectfully,

Joseph D. Lento
Joseph D. Lento, Esquire

JDL/sj