RECEIVED AUG 03 2022 PRO SE OFFICE

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ AUG 03 2022 ★ BROOKLYN OFFICE

To the Honorable Judge Sterling Johnson Jr.

Re: George Viruet
 # 01193-748
 Pollock Correctional Complex
 USP Pollock
 P.O. Box 2099
 Pollock, LA 71467
Case# 99CR 1104 SJ

Sylvia Rodriguez
129-11 Jamaica Avenue Apt 5F
Richmond Hill, New York, 11418
718-607-9435
07/11/2022

To The Honorable
Judge: Sterling Johnson Jr.
For The United District Court For The
Eastern District of New York (Brooklyn)

RE: United States V. Viruet Case#1:99-cr-01104-SJ-4

Dear Hon. Sterling Johnson Jr.

I am writing on behalf of George Viruet. I met Mr. Viruet in 1993 when he began dating my daughter. In the time we knew him, he was very respectful and caring young man who became an extended member of our family. He was a great support system to me and my daughters.
Mr. Viruet has explained a serious lapse of judgement and understanding of the impact this lapse caused many others.

As his friend, I have been aware of some personal difficulties Mr. Viruet encountered as a young adult. Throughout his time of incarceration

he has remained in touch with our family and shared his growth and accomplisments. Mr. Viruet has shown if given the opportunity to move past this mistake and become a productive member of society. It's my hope this letter will act as a positive and contributing factor when the court considers this matter.

I will gladly be a continued support system for Mr. Viruet by assisting him in looking for employment as well as being a part of his emotional support team.

Sincerely
Sylvia Rodriguez

Sylvia Rodriguez
129-11 Jamaica Avenue #5F
Richmond Hill, New York 11418

NEW YORK NY 100
1 AUG 2022 PM 13 L

USPS

Pro Se Department
225 Cadman Plaza
Eastern district
Brooklyn, New York 11201