To: Pro se office  9-11-2022
From: George Viruet #01193-748
Criminal
Case No: 1:99-cr-01104-SJ-4

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 15 2022 ★
BROOKLYN OFFICE

Rec'd 9/21/22

RE: Reasonable of Assurance, From Exodus-Transitional Community, Inc.

I am writing to this office in hopes of adding this letter that I received on Sept. 9, 2022 to my compassionate release motion as a character letter or a support letter that explains that I will be able to participant and benefit at their programs. Please add this letter to the docket sheet as well.

P.S. Can I please have an up to date docket sheet with any motions that may have been filed by any attorney along with a copy of said motion that was filed.

Sincerely,
George Viruet

George Venable #01193-748
Federal Correctional Complex
U.S.P. Pollock
P.O. box 2099
Pollock, LA 71467

SHREVEPORT LA 710
12 SEP 2022 PM 2 L

To: Pro Se Office
Clerk of U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn N.Y. 11201

11201-183259