

# EXODUS

TRANSITIONAL COMMUNITY, INC.

CHANGING LIVES · RESTORING HOPE

September 2, 2022

Federal Correctional Complex
U.S.P. Pollock
P.O. Box 2099
Pollock, LA 71467

Re: George Viruet # 01193-748.

Please accept this letter of reasonable assurance on behalf of: George Viruet # 01193-748

Transitional Community (ETC) is a 501(c) 3 non-profit organization established in 1999 which works with men and women transitioning from incarceration. ETC has served over 3,000 men and women and has become one of the most successful re-entry programs throughout the country. ETC was highlighted by the President of the United States during his State of the Union Address in 2004 and has worked closely with both the Department of Labor and the Department of Justice in its Prisoner Re-entry Faith Based Initiatives. Our services include, but are not limited to, resume and job development, basic computer training, substance abuse and anger management programs, and education referrals. We also offer individual and group life coaching for all our participants and their children.

Once released Mr. Viruet will receive the full scope of our services. It is our mission to help him reintegrate into society in a more productive manner including seeking, obtaining and maintaining verifiable employment.

We believe that with our services, Mr. Viruet can be successful, especially during those first crucial weeks after release. Exodus can be instrumental in his becoming an asset to society as opposed to a liability. Please feel free to call us at the below number if there are any questions.

Respectfully submitted,

Julio Medina,
Executive Director/Founder

2271 3rd Ave, New York, NY 10035

(917) 492-0990 Fax: (212) 722-6669

85 Grand St, Newburgh, NY 12550

(845) 565-2700

85 Cannon St,
Poughkeepsie, NY 12601
(845) 452-7629

Executive Staff: Julio Medina, Founder, Executive Director & CEO | Kathleen Bernier, VP of Policy & Communications
Diana Ortiz, Vice President of Wellness Center | Nora Reissig, VP of Development & Programs

Board of Directors: Rev. Dr. Lonnie McLeod, *President Emeritus* | Robert Hall, *Chairman* | Wayne Atwell | Bard E. Bunaes
Michele Davila | John Gilbert | David Hobert | Michael Luciano | Ruedi Laager | Katina Rojas Joy | Yumari Martinez | Joe Turner

www.etcny.org

